UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,

    Plaintiff,

    v.

SIRENNA LANDFAIR, ET AL.,

    Defendants.

_____/

CASE No. 2:22-cv-10060

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## ORDER DIRECTING SERVICE OF THE COMPLAINT

Plaintiff Scott Sedore is a state inmate in custody of the Michigan Department of Corrections.  Mr. Sedore filed a *pro se* civil rights Complaint against various employees of the Michigan Department of Corrections and against Corizon Health, Incorporated.  *See* ECF No. 1.  Plaintiff prepaid the filing fee in this case.  *Id.*

Now that Mr. Sedore paid the fee in full, he is responsible for serving the complaint and a summons on each defendant.  FED. R. CIV. P. 4(c)(1).[1]  The Court is not required to order the United States Marshal to serve the complaint, because Mr. Sedore is not proceeding *in forma pauperis* under 28 U.S.C. § 1915.  FED. R. CIV. P. 4(c)(3); E.D. Mich. L.R. 4.1(b).

---

[1] Ordinarily, a plaintiff must serve their complaint within ninety days of the date that the complaint was filed.  FED. R. CIV. P. 4(c)(1), 4(m).  If the plaintiff shows good cause for his or her failure to serve the complaint within ninety days, the court must extend the time for service for an appropriate period.  FED. R. CIV. P. 4(m).

To facilitate service, Mr. Sedore must complete a summons for each defendant and submit the completed summons to the Clerk of this Court. *See* E.D. Mich. L.R. 4.1(a) ("A party requesting the issuance of any process or who initiates a proceeding in which the issuance of process is required by statute, rule, or order must prepare all required forms. Where necessary, the party must present the process to the Clerk for signature and sealing."). Upon receipt of the completed summonses, the Clerk of the Court will issue the summonses and return them to Mr. Sedore, so that he can serve a summons and a copy of his complaint on each defendant.

Accordingly, **IT IS ORDERED** that the Clerk of Court shall mail a single blank summons to Plaintiff with a copy of this order.

**IT IS FURTHER ORDERED** that Plaintiff shall complete one summons for each defendant and then mail the completed summonses to the Clerk of this Court at 231 West Lafayette Blvd., Detroit, MI 48226.

**IT IS FURTHER ORDERED** that, upon receipt of the completed summonses, the Clerk of Court shall issue the summonses and return them to Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff shall serve a signed and sealed summons and a copy of his complaint on each defendant. The Court **ORDERS**

2

Plaintiff to serve the complaint on the defendant within **ninety (90) days** of receipt of the signed and sealed summons from the Clerk of the Court.

      **IT IS SO ORDERED**.

Dated:  January 31, 2022        /s/ Gershwin A. Drain
                                 GERSHWIN A. DRAIN
                                 UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 31, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager

!

3