Scott Sedore #210661         Case No. 2:22-cv-10060

   vs.                       Hon. Gershwin A. Drain
Sirenna Landfair, et al.,
                             Mag. Kimberly G. Altman

"Plaintiff's motion to Voluntarily Dismiss Corizon Health Inc..."

Plaintiff, Scott Sedore, comes before this Honorable Court and files this motion to Voluntarily "Dismiss" Corizon Health Inc... from this Lawsuit.

① Plaintiff Dismisses only Corizon Health Inc...
② This "does not" affect any of the remaining defendants in this Lawsuit.
③ The "remaining" defendants are as follow's:
   1) Sirenna Landfair (RN)
   2) Alinda Florek (RN)
   3) MDOC
   4) Victoria Hallett (DO)



④ Plaintiff request's that this Honorable Court enter an "Order" Dismissing Corizon Health Inc... from this Lawsuit.

I swear under Penalty of Perjury that Any/All statements are the truth.
                            Respectfully submitted,

date: (6/20/2023)  printed name: Scott Sedore #210661
                   signed name: Scott Sedore #210661

Scott Sedore #210661

vs.

Sirenna Landfair, et al.,

Case No. 2:22-cv-10060

Hon. Gershwin A. Drain

Mag. Kimberly G. Altman

## "Certificate of Service"

I swear under penalty of perjury that I sent a copy of plaintiff's motion to voluntarily "Dismiss" Corizon Health Inc... from above referenced lawsuit, via U.S. mail, on the date that I signed this at the bottom of this page. I sent a copy to the following:

① U.S. District Court
Attn: Clerk of the Court
231 Lafayette Boulevard
Detroit, Michigan
48226

② Assistant Attorney General
Attn: Scott R. Rothermel (P70711)
P.O. Box 30217
Lansing, Michigan
48909

③ Chapman Law Group
Attn: Devlin K. Scarber (P64532)
1441 W. Long Lake Road, (Suite 310)
Troy, Michigan
48098

Respectfully Submitted,

Printed name: Scott Sedore #210661

Signed name: Scott Sedore #210661

Date: 6/20/2023

NAME: Scott Secloss #210661
Number: G. Robert Cotton Correctional facility
Address: 3500 North Elm Road
Address: Jackson, Michigan 49201

METROPLEX MI 480
20 JUN 2023 PM 15 L

U.S. District Court
Attn: Clerk of the Court
231 Lafayette Boulevard
Detroit, Michigan 48226

48226-277758



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2019