UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,

    Plaintiff,

v.

SIRENNA LANDFAIR, ALINDA
FLORECK, VICTORIA HALLETTS,
MDOC, and CORIZON HEALTH INC.,

    Defendants.

_____/

Case No. 2:22-cv-10060
District Judge Gershwin A. Drain
Magistrate Judge Kimberly G. Altman

## ORDER LIFTING STAY AS TO DEFENDANT VICTORIA HALLET

This is a prisoner civil rights case under 42 U.S.C. § 1983, Title II of the Americans with Disabilities Act, and § 504 of the Rehabilitation Act. Plaintiff Scott Sedore (Sedore) is suing defendants[1] Sirenna Landfair (Landfair), Alinda Florek (Florek), the Michigan Department of Corrections (MDOC), Corizon Health, Inc. (Corizon),[2] and Victoria Hallet (Hallet), claiming that they retaliated

---

[1] Defendants' names will be spelled as they are in their various filings during the pendency of this case.

[2] On June 27, 2023, the undersigned issued a Report and Recommendation, (ECF No. 68), recommending that Sedore's motion to voluntarily dismiss Corizon, (ECF No. 67), be granted. On May 23, 2023, the undersigned issued a Report and Recommendation, (ECF No. 66), recommending that Sedore's motion for summary judgment be denied without prejudice, (ECF No. 36, 37).

against him after he complained about the healthcare he received while incarcerated. *See* ECF No. 1. Under 28 U.S.C. § 636(b)(1), all pretrial matters have been referred to the undersigned. (ECF No. 24).

On March 22, 2023, the Court entered a 90-day stay as to Hallet after being alerted to Corizon's pending Chapter 11 bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Texas (Case No. 23-90086 (CML)) and defense counsel's concerns regarding continued representation of both Corizon and Hallet (a former Corizon employee) in this matter. (ECF No. 61). The Court also granted defense counsel's motion to withdraw as to Hallet. (*Id.*). Today, June 30, 2023, an attorney filed an appearance on Hallet's behalf. (ECF No. 70).

Because 90 days have passed since the entry of the stay and Hallet has now obtained new counsel, the stay of proceedings as to Hallet is LIFTED. The automatic stay as to Corizon will continue until if and when it is dismissed as a defendant by the district court.

SO ORDERED.

Dated: June 30, 2023  
Detroit, Michigan

s/Kimberly G. Altman  
KIMBERLY G. ALTMAN  
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 30, 2023.

                                                s/Julie Owens
                                                Julie Owens
                                                Case Manager