6

Scott Sedore #210661    Case No. 2:22-cv-10060

vs.

Sirenna Landfair, et al.    Hon. Gershwin A. Drain

Mag. Kimberly G. Altman

FILED
OCT 19 2023
CLERK'S OFFICE
DETROIT

"Plaintiff motion requesting this Honorable Court, U.S. District Judge (Gershwin A. Drain), to Expedite proceeding's to keep this Lawsuit proceeding forward!"

① Plaintiff's Lawsuit (case No. 2:22-cv-10060) currently appear's to be stalled.

② on 6/23/2023, Plaintiff filed a motion to Voluntarily Dismiss Corizon Health Inc.. (ECF No. 67).

③ on 6/27/2023, The Honorable Kimberly G. Altman Authored a "Report and Recommendation", and within the "R & R" she recommended that this motion should be granted, (ECF No. 68).

④ Within ECF No. 68, Page ID. 704 - The Honorable Kimberly G. Altman stated the following:
"The Undersigned will issue a Scheduling Order at the point that the District Court Adopt's the "R & R"!

⑤ The District Court, the Honorable Gershwin A. Drain has taken NO Action regarding this "Report and Recommendation" that is dated 6/27/2023, It has not ever been ruled on, or Adopted by the District Court, As of 10/15/2023!

⑥ on 4/5/2023, This Honorable Court (Mag. Judge Kimberly G. Altman) entered an "Order" that in part re-instated Plaintiff's "Motion for Summary Judgement" that was originally

filed on 12/22/2022 (ECF No's 36,37). The "Order" to re-instate it at Plaintiff's request was ECF NO. 63, Dated 4/5/2023!

⑦ on 5/23/2023 (ECF NO. 66) The Honorable Kimberly G. Altman Authored a "Report and Recommendation" to Deny without Prejudice, Plaintiff's motion for Summary Judgement (ECF NO's 36,37).

⑧ The District Court, The Honorable Gershwin A. Drain, has taken NO Action regarding this "Report and Recommendation" that is dated 5/23/2023. It has not ever been ruled on, or Adopted by the District court, As of 10/15/2023!

⑨ on 7/17/2023 (ECF NO. 74) MDOC Defendant's filed a motion for Summary Judgement.

⑩ Plaintiff filed his response to MDOC Defendant's motion for Summary Judgement (ECF NO. 74) dated: 7/29/2023 (ECF NO's 79, 85).

⑪ Till today's date, 10/15/2023, no "Report and Recommendation" has been Authored regarding MDOC defendant's motion for Summary Judgement (ECF NO. 74).

⑫ Plaintiff can only assume that the reason that no "Report and Recommendation" has been Authored by The Honorable Kimberly G. Altman, regarding MDOC Defendant's motion for Summary Judgement and Plaintiff's subsequent response regarding it? Plaintiff is left to assume that until the Honorable District court Judge - Gershwin A. Drain rules on ECF NO.'s 66, 68 and Adopt's the "Report and Recommendation's" made by the Honorable Kimberly G. Altman, no "Scheduling Order" will be entered on the "Docket" concerning Defendant - Doctor Victoria Hallett (DO)!

(13) Plaintiff can only assume that until there is a "scheduling-order", Defendant Victoria Hallett's Lawyer's will not file any Dispositive Motion regarding this "Ongoing" Lawsuit, on behalf of their Client.

(14) Plaintiff can only assume that until Dr Hallett's Lawyer's file a "Dispositive motion" - This Honorable court will not Author any "Report and Recommendation" regarding MDOC Defendant's motion for summary Judgement (ECF No. 74).

(15) Per ECF No. 89, Page ID. 1126 (filed 8/24/23) -

"Sedore's assertion's regarding Landfair committing Perjury will be addressed in a future "Report and Recommendation" on the pending motion for summary Judgement (ECF No. 74)!"

(16) Plaintiff is No Lawyer, I have no Training or Educational Background in "Litigation", I have no idea if I filed the proper motion or not ?

(17) Plaintiff is simply doing the Responsible thing as the plaintiff in this Lawsuit (case No. 2:22-cv-10060). I am attempting to move this Lawsuit forward in the direction toward's a Trial in a "Timely" manner.

## Relief Requested

(1) I am praying that this Honorable court rule on multiple pending motion's, and enter order's regarding them.

② Enter a "Scheduling Order" concerning Defendant Dr Victoria Hallett, MDOC Defendant's have already Exhausted there Dispositive motion's.

I swear under Penalty of Perjury that Any/All statement's are the truth.

Respectfully Submitted,

Scott Sedore #210661
Scott Sedore #210661

(10/15/2023)

Scott Sedore #210661                Case No. 2:22-cv-10060

vs.                                 Hon. Gershwin A. Drain

Sirenna Landfair, et al.,           Mag. Kimberly G. Altman

## "Certificate of Service"

Plaintiff swears under Penalty of Perjury that he sent a copy, via U.S. mail, on the date he signed this document at the bottom of this page, of his "__motion__" Asking this Honorable court to __Expedite__ proceedings that have been before the court for approximately 5 month's in some instances — in an effort to keep moving this lawsuit proceeding forward. I sent a copy to the following:

① U.S. District Court
Attn: Clerk of the Court
231 Lafayette Boulevard
Detroit, Michigan
48226

② Assistant Attorney General
Attn: Scott R. Rothermel (P70711)
P.O. Box 30217
Lansing, Michigan
48909

③ Chapman Law Group
Attn: Devlin K. Scarber (P64532)
Attn: Jeffrey L. Bomber (P85407)
1441 West Long Lake Road, Suite 310
Troy, Michigan
48098

④ Hackney Odlum & Dardas
Attn: Thomas G. Hackney (P81283)
Attn: Connor A. McLaughlin (P83229)
10850 E. Traverse Hwy., Ste. 4440
Traverse City, Michigan
49684

Respectfully submitted,
Scott Sedore #210661
(10/15/2023)

NAME: Scott Sedore #210661
Number: Gilbert Cotton Correctional facility
Address: 3500 North Elm Road
Jackson, Michigan
49201

U.S. District Court
Attn: Clerk of the Court
231 Lafayette Boulevard
Detroit, Michigan - 48226

