UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,

        Plaintiff,

                                    Case No.: 22-cv-10060

v.                               Honorable Gershwin A. Drain

SIRENNA LANDFAIR, *et al.,*

        Defendants.
_____/

**<u>ORDER ACCEPTING AND ADOPTING REPORTS AND RECOMMENDATIONS [#66 AND #68], GRANTING PLAINTIFF'S MOTION TO DISMISS CORIZON HEALTH INC. [#67], DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#36, #37] AND DISMISSING DEFENDANT CORIZON HEALTH INC.</u>**

These matters are before the Court on Magistrate Judge Kimberly G. Altman's Reports and Recommendations dated May 23, 2023, and June 27, 2023, recommending that the Court deny without prejudice Plaintiff's Motion for Summary Judgment, grant Plaintiff's Motion to Dismiss Corizon Health Inc. and dismiss Corizon Health Inc. as a Defendant.

Neither party has filed objections to the Magistrate Judge's Reports and Recommendations, and the time for filing objections has expired. *See* 28 U.S.C. §

636(b)(1)(C).  Upon review of the briefing and the Magistrate Judge's Reports and Recommendations, the Court concludes that the Magistrate Judge reached the correct conclusion.  Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Altman's May 23, 2023 and June 27, 2023 Reports and Recommendations [#66 and #68] as this Court's findings of fact and conclusions of law.  Plaintiff's Motion for Summary Judgment [#36 and #37] is DENIED WITHOUT PREJUDICE.  Plaintiff's Motion to Dismiss [#67] is GRANTED.  Corizon Health Inc. is DISMISSED.

    SO ORDERED.

Dated:  October 20, 2023               /s/Gershwin A. Drain
                                                           GERSHWIN A. DRAIN
                                                           United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Scott Sedore, #210661, G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201 on October 20, 2023, by electronic and/or ordinary mail.
                                       /s/ Teresa McGovern
                                          Case Manager