Scott Sedore #210661          Case No. 2:22-cv-10060

vs.                           Hon. Gershwin A. Drain

Sirena Landfair, et al.,      Mag. Kimberly G. Altman

FILED
DEC 19 2023
CLERK'S OFFICE
DETROIT

## Plaintiff's Trial – "Witness List"!

Plaintiff, Scott Sedore #210661, comes before this Honorable Court with his Trial – "Witness List"!

① name: Alison Jones, Ph.D. (psychologist)
Employer: Michigan Dept. of Correction's
Address: G. Robert Cotton Correctional Facility
3500 North Elm Road
Jackson, Michigan
49201

② name: Potential Expert Witness's (Jane/John Doe)
Type of Employment: psychologist/Doctor

✲ The following names are "defendant's" in this lawsuit, I would like to question at trial in Case No. 2:22-cv-10060!

① Dr Victoria Hallett (defendant)
Employer: unknown at this time
Address: Refer to lawyer's Address

② Sirena Landfair (RN) - (defendant)
Employer: Michigan Dept. of Correction's
Address: G. Robert Cotton Correctional facility
3500 North Elm Road
Jackson, Michigan
49201

③ Alinda Florek (RN) - (defendant)
Employer: Michigan Dept. of Correction's
Address: G. Robert Cotton Correctional facility
3500 North Elm Road
Jackson, Michigan
49201

It is based on information and belief, at the present time, that this is my "Witness List" for future Trial in Case No. 2:22-cv-10060!

If there are any addition's to this list or changes, Plaintiff will immediately notify this Honorable Court and any/all defendant's.

I swear under Penalty of Perjury that any/all Statement's are the truth.

Respectfully Submitted,

printed name: Scott Sedore #210661

Signed name: Scott Sedore #210661

date: 12/13/2023

Scott Sedore #210661                Case No. 2:22-CV-10060

vs.                                 Hon. Gershwin A. Drain

Sirena Landfair, et al.,            Mag. Kimberly G. Altman

## "Certificate of Service"

I swear under Penalty of Perjury that I sent a copy of Plaintiff's Trial - "Witness List", via U.S. mail, to the parties involved in the Above referenced Case No., on the date that I signed this at the bottom of the page. I sent a copy to the following:

① U.S. District Court
Attn: Clerk of the Court
231 West Lafayette Boulevard
Detroit, Michigan
48226

② Assistant Attorney General
Attn: Scott R. Rothermel (P70711)
P.O. Box 30217
Lansing, Michigan
48909

③ Hackney Odlum & Dardas
Attn: Thomas G. Hackney (P81283)
Attn: Connor A. McLaughlin (P83229)
10850 E. Traverse Hwy., Ste. 4440
Traverse City, Michigan
49684

Respectfully Submitted,

Scott Sedore #210661

12/13/2023

NAME: Scott Sedore #210661
Number: G. Robert Cotton Correctional Facility
Address: 3500 North Elm Road
Address: Jackson, Michigan
49201

METROPLEX MI 480
14 DEC 2023 PM 5 L

U.S. District Court
Attn: Clerk of the Court
231 West Lafayette Boulevard
Detroit, Michigan
48226

48226-277758



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2019