Scott Sedore #210661   Case No. 2:22-cv-10060

vs.

Sirena Landfair, et al.,   Hon. Gershwin A. Drain

**Plaintiff's motion to Compel a response from the Honorable - U.S. District Court!**

Plaintiff comes before this Honorable court, asking this court to respond to Plaintiff's "ongoing" Lawsuit that is referenced above (case No. 2:22-cv-10060).

① Plaintiff filed this Lawsuit on 1/11/2022. (ECF NO.1).

② On May 16, 2024 (ECF NO. 117) - magistrate Judge Kimberly G. Altman entered an "order" certifying the Completion of pre-trial proceedings.

③ This lawsuit was returned to U.S. District Judge - Gershwin A. Drain for further Proceeding's, including several "ongoing", pending motion's that were filed by plaintiff around or after the completion of Dispositive motion practice was complete. (ECF NO'S 114, 115; 116, 118; 119).

FILED
CLERK'S OFFICE
AUG 23 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

④ Also, Plaintiff is awaiting the scheduling of a "Trial" date regarding this "ongoing" lawsuit.

⑤ Since the May 16, 2024 "order" — certification of Pre-trial proceedings — there has been no further action or movement towards resolving any of the pending motion's before this court, nor has any Trial date been scheduled.

⑥ Plaintiff has written letters to the clerk of the court on numerous occassion's, attempting to resolve this stalemate.

⑦ On 7/16/2024 and 8/1/2024 — Plaintiff sent a letter to the Case manager — Carolyn Ciesla, attempting to get answer's of what is going on with this "ongoing" Lawsuit? Plaintiff received no response!

— I have received nothing from this Honorable court regarding Plaintiff's pending motion's or any potential Trial date regarding this Lawsuit.

⑧ Plaintiff is not trying to offend this Honorable court in any way, i'm just attempting to move this lawsuit toward's a Trial date.

## Relief Sought

(1) Plaintiff is seeking rulings by this Honorable court regarding his pending motion's. (ECF NO'S 114, 115 & 116, 118 & 119).

(2) Plaintiff is seeking a "scheduling order" leading up to and including the "Trial date" regarding this lawsuit.

I swear under Penalty of Perjury that Any/All claim's and statements are the truth.

Respectfully submitted,

Scott Sedore #210661
(8/19/2024)

Scott Sedore #210661                   Case No. 2:22-cv-10060

vs.                                    Hon. Gershwin A. Drain

Sirena Landfair, et al.,

## "Certificate of Service"

I swear under Penalty of Perjury that I sent all participants notice of Plaintiff's <u>motion to Compel</u>, via U.S. mail, on the date that I signed this at the bottom of this page. Also, all participants will be notified thru the District Court's "ECF" system once this is filed by the clerk of the Court.

① U.S. District Court
<u>Attn</u>: Clerk of the Court
231 West Lafayette Boulevard
Detroit, Michigan
48226

② Assistant Attorney General
<u>Attn</u>: Sarah R. Robbins (P81944)
P.O. Box 30217
Lansing, Michigan
48909

③ Hackney Odlum & Dardas
<u>Attn</u>: Thomas G. Hackney (P81283)
<u>Attn</u>: Connor A. McLaughlin (P83229)
10850 E. Traverse Hwy., Ste. 4440
Traverse City, Michigan
49684

Plaintiff's Mailing Address:
Scott Sedore #210661
G. Robert Cotton Correctional Facility
3500 North Elm Road
Jackson, Michigan
49201

Respectfully Submitted,
Scott Sedore (8/19/2024)

METROPLEX MI 480
20 AUG 2024 PM 5 L

NAME: Scott Sedore #210646
Number: G. Robert Cotton Correctional facility
Address: 3500 North Elm Road
Address: Jackson, Michigan
49201

U.S. District Court
Attn: Clerk of the Court
231 West Lafayette Boulevard
Detroit, Michigan
48226

48226-257359