UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Scott Sedore

        Plaintiff(s),

v.

Sirenna Landfair et al

        Defendant(s).
_____/

Case No. 2:22-cv-10060-GAD-KGA

Judge  Gershwin A. Drain

Magistrate Judge  Kimberly G. Altman

**NOTICE OF CORRECTION**

Docket entry number  125 , filed  10/23/2024 , has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [x] Other:  The order was entered prematurely.

If you need further clarification or assistance, please contact  Victoria Lung  at  (313) 234-5292 .

KINIKIA D. ESSIX, CLERK OF COURT

Dated: 10/23/2024

s/ Victoria Lung
Deputy Clerk