

Information Provided

```
Name                : Scott Sedore
Date of Birth       : Jul 19, 1967
Gender              : Male
Race                : White
Reason              : Would Prefer Not To Answer
Amount Paid         : $10.00
Order Date          : 3/3/2025 4:30:05 AM
Miscellaneous No    :
```

Based on the information provided, the following is a result of a search of the Michigan State Police criminal history files as of 3/3/2025 4:30:05 AM:

### Important: Information Contained in this Record

THE RECORD RESULT PROVIDED IS BASED ON A DATA MATCH AS EXPLAINED ON THE ICHAT HOME PAGE. THE ICHAT SYSTEM HAS LIMITATIONS THAT MAY CAUSE FALSE POSITIVES OR FALSE NEGATIVES. PLEASE REVIEW THE RESULTS CAREFULLY AND DO NOT TAKE ADVERSE ACTION BASED SOLELY ON THIS RECORD. IF YOU CANNOT DETERMINE THESE RESULTS DO NOT BELONG TO THIS INDIVIDUAL, AND THE INDIVIDUAL IS DISPUTING THE RECORD, PLEASE PROVIDE THAT INDIVIDUAL WITH A COPY OF THIS REPORT AND OFFER THAT INDIVIDUAL THE OPPORTUNITY TO PERFORM A RECORD CHALLENGE BY SUBMITTING FINGERPRINTS. THE PROCEDURES ARE EXPLAINED AT THE BOTTOM OF THIS PAGE. SINCE ARREST CONVICTIONS, OR CRIMINAL RECORD DELETIONS MAY OCCUR AT ANY TIME, DO NOT USE THIS INFORMATION FOR FUTURE CLEARANCES.

```
MICHIGAN CRIMINAL HISTORY RECORD INFORMATION MEETING DISSEMINATION CRITERIA
FOR SID: 1409902M AS OF 03/03/2025

   NAM: SEDORE,SCOTT LEE                                    SID: 1409902M
   RAC: W          SEX: M          DOB: 07/19/1967
   HGT: 511        WGT: 240        HAI: RED
   EYE: BLU        POB: MI
                                                            MNU: PI-S3607605697

   CIZ:



   SCAR/MARK/TATTOO:      DISC L ARM        TAT R ARM        TAT BACK
                          TAT L LEG         TAT R LEG        TAT R SHLD

   ADDITIONAL IDENTIFIERS AND COMMENTS:

===============================================================================
CRIMINAL TRACKING NUMBER: 238700280401           INCIDENT DATE: 07/20/1987
NAME USED: SEDORE,SCOTT LEE
===============================================================================
ARREST SEGMENT            : CHARGE SEGMENT           : JUDICIAL SEGMENT
========================  : ======================== : ========================
DATE: 07/20/1987          : MI230013A                : DATE: 11/05/1987
MI2312300                 : EATON COUNTY             : MI230015J
EATON COUNTY SHERIFF      :   PROSECUTING ATTORNEY   : 56TH CIRCUIT COURT
  DEPARTMENT              : 1 CNT MCL 750.174-B      : CFN: 87249FH
OCA: 36049                :   FELONY                 :
1 CNT OF 2700             :   EMBEZZLEMENT-AGENT OR  : CNT-2 MCL 750.174-B
  EMBEZZLEMENT            :   TRUSTEE OVER $100      :   ATTEMPT-FELONY
DISP: CHGD BY PROSECUTOR  :                          :   EMBEZZLEMENT-AGENT OR
                          :                          :   TRUSTEE OVER $100
                          :                          : DISP: PLED GUILTY
                          :                          : SENT/REMARKS:
                          :                          : 30 DAYS JAIL, C $1500,
                          :                          :   AND 2 YRS PROB
===============================================================================
CRIMINAL TRACKING NUMBER: 238700230701           INCIDENT DATE: 07/20/1987
NAME USED: SEDORE,SCOTT LEE
===============================================================================
ARREST SEGMENT            : CHARGE SEGMENT           : JUDICIAL SEGMENT
========================  : ======================== : ========================
DATE: 07/20/1987          : MI230013A                : DATE: 11/30/1987
MI2312300                 : EATON COUNTY             : MI230025J
EATON COUNTY SHERIFF      :   PROSECUTING ATTORNEY   : 56A DISTRICT COURT
  DEPARTMENT              : 1 CNT MCL 257.904-B      : CFN: 871313ST
OCA: 36049                :   MISDEMEANOR            :
1 CNT OF 5400             :   OPERATING- SUSPENDED   : CNT-1 MCL 257.9043
  TRAFFIC OFFENSE         :   OR REVOKED             :   MISDEMEANOR
DISP: CHGD BY PROSECUTOR  :   LICENSE-2ND OR         :   OPERATING-LIC
                          :   SUBSEQUENT             :   SUSPENDED-REVOKED-DEN
                          :                          :   IED/ALLOW SUSPENDED
                          :                          :   PERSON TO OPER 2ND
                          :                          : DISP: PLED GUILTY
                          :                          : SENT/REMARKS:
                          :                          : 35 DAYS JAIL
===============================================================================
CRIMINAL TRACKING NUMBER: 338800821901           INCIDENT DATE: 12/19/1988
NAME USED: SEDORE,SCOTT LEE
===============================================================================
ARREST SEGMENT            : CHARGE SEGMENT           : JUDICIAL SEGMENT
========================  : ======================== : ========================
DATE: 12/19/1988          : DATE: 12/19/1988         : DATE: 07/25/1990
MI3351900                 : MI330013A                : MI330055J
LANSING POLICE            : INGHAM COUNTY            : 30TH CIRCUIT COURT
  DEPARTMENT              :   PROSECUTING ATTORNEY   : CFN: 8958678FH
OCA: 00151226             : 1 CNT MCL 750.110-A      :


DATE PRINTED:3/3/2025                Page 2
```

```
  1 CNT OF 5300             :   FELONY                    :   CNT-2 MCL 750.360
    MISDEMEANOR             :   BREAKING &amp; ENTERING - :     FELONY
    PUBLIC PEACE            :   A BUILDING WITH           :     LARCENY IN A BUILDING
  DISP: CHGD BY PROSECUTOR  :   INTENT                    :   DISP: PLED GUILTY
                            :                             :   SENT/REMARKS:
                            :                             :   CONF-32M-48M
==================================================================================
CRIMINAL TRACKING NUMBER: 339300183701              INCIDENT DATE: 02/28/1993
NAME USED: SEDORE,SCOTT LEE
==================================================================================
  ARREST SEGMENT            :   CHARGE SEGMENT            :   JUDICIAL SEGMENT
  ========================  :   ========================  :   ========================
  DATE: 02/28/1993          :   DATE: 02/28/1993          :   DATE: 05/05/1993
  MI3384300                 :   MI330013A                 :   MI330055J
  LANSING TOWNSHIP POLICE   :   INGHAM COUNTY             :   30TH CIRCUIT COURT
    DEPARTMENT              :     PROSECUTING ATTORNEY    :   CFN: 9365553FH
  OCA: 932024               :   1 CNT MCL 750.356C        :
  1 CNT OF 2300             :   FELONY                    :   CNT-1 MCL 750.356C
    FELONY                  :   RETAIL FRAUD - FIRST      :     FELONY
    LARCENY                 :   DEGREE                    :     RETAIL FRAUD - FIRST
  DISP: CHGD BY PROSECUTOR  :                             :     DEGREE
                            :                             :   DISP: PLED GUILTY
                            :                             :   SENT/REMARKS:
                            :                             :   CONF-90D F/C/R-$300
==================================================================================
CRIMINAL TRACKING NUMBER: 239300269301              INCIDENT DATE: 12/16/1993
NAME USED: SEDORE,SCOTT LEE
==================================================================================
  ARREST SEGMENT            :   CHARGE SEGMENT            :   JUDICIAL SEGMENT
  ========================  :   ========================  :   ========================
  DATE: 12/16/1993          :   DATE: 12/16/1993          :   DATE: 02/17/1994
  MI2312300                 :   MI230013A                 :   MI230015J
  EATON COUNTY SHERIFF      :   EATON COUNTY              :   56TH CIRCUIT COURT
    DEPARTMENT              :     PROSECUTING ATTORNEY    :   CFN: 94-020001-FH
  OCA: 9316246              :   1 CNT MCL 750.356C        :
  1 CNT OF 2300             :   FELONY                    :   CNT-1 MCL 750.356C
    FELONY                  :   RETAIL FRAUD - FIRST      :     FELONY
    LARCENY                 :   DEGREE                    :     RETAIL FRAUD - FIRST
  DISP: CHGD BY PROSECUTOR  :                             :     DEGREE
                            :                             :   DISP: PLED GUILTY
                            :                             :   SENT/REMARKS:
                            :                             :   SEN- 4/07/94 JAIL- MN
                            :                             :     000-000-365 MX
                            :                             :     000-000-365
==================================================================================
CRIMINAL TRACKING NUMBER: 238800634301              INCIDENT DATE: 12/16/1993
NAME USED: SEDORE,SCOTT LEE
==================================================================================
  ARREST SEGMENT            :   CHARGE SEGMENT            :   JUDICIAL SEGMENT
  ========================  :   ========================  :   ========================
  DATE: 12/16/1993          :   DATE: 12/16/1993          :   DATE: 03/16/1989
  MI2312300                 :   MI230013A                 :   MI230015J
  EATON COUNTY SHERIFF      :   EATON COUNTY              :   56TH CIRCUIT COURT
    DEPARTMENT              :     PROSECUTING ATTORNEY    :   CFN: 88408FH
  OCA: 65888                :   1 CNT MCL 333.74012A4     :
  1 CNT OF 3500             :   FELONY                    :   CNT-1 MCL 333.74032A5
    FELONY                  :   CONTROLLED                :     FELONY
    DANGEROUS DRUGS         :   SUBSTANCE-DEL/MFG         :     CONTROLLED
  DISP: CHGD BY PROSECUTOR  :   (COCAINE, HEROIN OR       :     SUBSTANCE-POSSESS
                            :   ANOTHER NARCOTIC)         :     (COCAINE, HEROIN OR
                            :   LESS THAN 50 GRAMS        :     ANOTHER NARCOTIC)
                            :                             :     LESS THAN 25 GRAMS
                            :                             :   DISP: FOUND GUILTY
                            :                             :   SENT/REMARKS:
                            :                             :   CONF-365D PROB-24M
==================================================================================
CRIMINAL TRACKING NUMBER: 479500094501              INCIDENT DATE: 04/04/1995
NAME USED: SEDORE,SCOTT LEE

DATE PRINTED:3/3/2025                   Page 3
```

```
ARREST SEGMENT              : CHARGE SEGMENT              : JUDICIAL SEGMENT
========================    : ========================    : ========================
DATE: 04/04/1995            : DATE: 04/04/1995            : DATE: 03/29/1996
MI4701200                   : MI470013A                   : MI470025J
MSP BRIGHTON POST           : LIVINGSTON CO               : 53RD DISTRICT COURT
OCA: 239995                 :   PROSECUTING ATTORNEY      : CFN: 95-08288D
1 CNT OF 5400               : 1 CNT MCL 257.6251-A        :
  MISDEMEANOR               :   MISDEMEANOR               : CNT-1 MCL 257.6251-A
  TRAFFIC OFFENSE           :   OPERATING WHILE           :   MISDEMEANOR
DISP: CHGD BY PROSECUTOR    :   INTOXICATED               :   OPERATING WHILE
                            :                             :   INTOXICATED
                            :                             : DISP: PLED GUILTY
                            :                             : SENT/REMARKS:
                            :                             : 90 DAYS JAIL
==========================================================================
CRIMINAL TRACKING NUMBER: 999514567401       INCIDENT DATE: 04/25/1995
NAME USED: SEDORE, SCOTT LEE
==========================================================================
ARREST SEGMENT              : CHARGE SEGMENT              : JUDICIAL SEGMENT
========================    : ========================    : ========================
DATE: 04/25/1995            : DATE: 04/25/1995            : DATE: 02/26/1996
MI2312300                   : MI230013A                   : MI230025J
EATON COUNTY SHERIFF        : EATON COUNTY                : 56A DISTRICT COURT
  DEPARTMENT                :   PROSECUTING ATTORNEY      : CFN: 9500008103
OCA: 957070                 : 1 CNT MCL 257.6251-A        :
1 CNT OF 5400               :   MISDEMEANOR               : CNT-1 MCL 257.6251-A
  MISDEMEANOR               :   OPERATING WHILE           :   MISDEMEANOR
  TRAFFIC OFFENSE           :   INTOXICATED               :   OPERATING WHILE
DISP: CHGD BY PROSECUTOR    :                             :   INTOXICATED
                            :                             : DISP: PLED GUILTY
                            :                             : SENT/REMARKS:
                            :                             : CONF-30D F/C/R-$25
==========================================================================
CRIMINAL TRACKING NUMBER: 729600008301       INCIDENT DATE: 01/27/1996
NAME USED: SEDORE, SCOTT LEE
==========================================================================
ARREST SEGMENT              : CHARGE SEGMENT              : JUDICIAL SEGMENT
========================    : ========================    : ========================
DATE: 01/27/1996            : DATE: 01/27/1996            : DATE: 03/05/1996
MI7207500                   : MI720013A                   : MI720025J
MSP HOUGHTON LAKE POST      : ROSCOMMON CO                : 34TH CIRCUIT COURT
OCA: 75-246-96              :   PROSECUTING ATTORNEY      : CFN: 96003104FH
1 CNT OF 2300               : 1 CNT MCL 750.356C          :
  FELONY                    :   FELONY                    : CNT-1 MCL 750.356C
  LARCENY                   :   RETAIL FRAUD - FIRST      :   FELONY
DISP: CHGD BY PROSECUTOR    :   DEGREE                    :   RETAIL FRAUD - FIRST
                            :                             :   DEGREE
                            :                             : DISP: PLED GUILTY
                            :                             : SENT/REMARKS:
                            :                             : CONF-16M 2 24M
==========================================================================
CRIMINAL TRACKING NUMBER: 339500414201       INCIDENT DATE: 02/23/1996
NAME USED: SEDORE, SCOTT LEE
==========================================================================
ARREST SEGMENT              : CHARGE SEGMENT              : JUDICIAL SEGMENT
========================    : ========================    : ========================
DATE: 02/23/1996            : DATE: 02/23/1996            : DATE: 02/23/1996
MI3384300                   : MI330013A                   : MI330085J
LANSING TOWNSHIP POLICE     : INGHAM COUNTY               : 55TH DISTRICT COURT
  DEPARTMENT                :   PROSECUTING ATTORNEY      : CFN: 9500197SSM
OCA: 952179                 : 1 CNT MCL 750.356D          :
1 CNT OF 2300               :   MISDEMEANOR               : CNT-1 MCL 750.356D
  MISDEMEANOR               :   RETAIL FRAUD - SECOND     :   MISDEMEANOR
  LARCENY                   :   DEGREE                    :   RETAIL FRAUD - SECOND
DISP: CHGD BY PROSECUTOR    :                             :   DEGREE
                            :                             : DISP: PLED GUILTY
                            :                             : SENT/REMARKS:

DATE PRINTED: 3/3/2025                   Page 4
```

```
                                     :                    : CONF-28D
=====================================================================
CRIMINAL TRACKING NUMBER: 239700156901       INCIDENT DATE: 07/05/1997
TCN/OCA: A197524889K/9712898
NAME USED: SEDORE,SCOTT LEE
=====================================================================
ARREST SEGMENT           : CHARGE SEGMENT         : JUDICIAL SEGMENT
======================== : ====================== : ==================
DATE: 07/05/1997         : DATE: 07/05/1997       : DATE: 11/06/1997
MI2312300                : MI230013A              : MI230015J
EATON COUNTY SHERIFF     : EATON COUNTY           : 56TH CIRCUIT COURT
  DEPARTMENT             :   PROSECUTING ATTORNEY : CFN: 97-020221-FH
OCA: 9712898             : 1 CNT MCL 257.6251-A   :
1 CNT OF 5400            :   MISDEMEANOR          : CNT-1 MCL 257.6251-A
  FELONY                 :   OPERATING WHILE      :   MISDEMEANOR
  TRAFFIC OFFENSE        :   INTOXICATED          :   OPERATING WHILE
DISP: CHGD BY PROSECUTOR :                        :   INTOXICATED
                         :                        : DISP: PLED GUILTY
                         :                        : SENT/REMARKS:
                         :                        : SEN-12/18/97 JAIL- MN
                         :                        :   000-000-365 MX
                         :                        :   000-000-365
                         :                        :   F/C/R-2500 60M PROB
=====================================================================
CRIMINAL TRACKING NUMBER: 231000003601       INCIDENT DATE: 10/10/2009
TCN/OCA: U910516290A/09-7083
NAME USED: SEDORE,SCOTT LEE
=====================================================================
ARREST SEGMENT           : CHARGE SEGMENT         : JUDICIAL SEGMENT
======================== : ====================== : ==================
DATE: 04/20/2010         : DATE: 04/20/2010       : DATE: 04/14/2011
MI2312300                : MI230013A              : MI230015J
EATON COUNTY SHERIFF     : EATON COUNTY           : 56TH CIRCUIT COURT
  DEPARTMENT             :   PROSECUTING ATTORNEY : CFN: 10-020180-FC
OCA: 20090007083         : 1 CNT MCL 257.6255-A   :
1 CNT OF 0900            :   FELONY               : CNT-1 MCL 257.6254
  FELONY                 :   OPERATING WHILE      :   FELONY
  HOMICIDE               :   INTOXICATED CAUSING  :   OPERATING WHILE
DISP: CHGD BY PROSECUTOR :   SERIOUS INJURY       :   INTOXICATED CAUSING
                         : 1 CNT MCL 750.317      :   DEATH
                         :   FELONY               : DISP: PLED NOLO CONTD
                         :   HOMICIDE - MURDER -  : SENT/REMARKS:
                         :   SECOND DEGREE        : SEN- 5/18/2011 PRISON-
                         :                        :   MN 015-000-000 MX
                         :                        :   040-000-000
                         :                        :   CONCURRENT
                         :                        :   F/C/R-27003
                         :                        :
                         :                        : CNT-2 MCL 257.6255-A
                         :                        :   FELONY
                         :                        :   OPERATING WHILE
                         :                        :   INTOXICATED CAUSING
                         :                        :   SERIOUS INJURY
                         :                        : DISP: PLED NOLO CONTD
                         :                        : SENT/REMARKS:
                         :                        : CONSOLIDATED WITH OTHER
                         :                        :   COUNTS ON THIS CASE
                         :                        :
                         :                        : DATE: 05/18/2011
                         :                        : MI230015J
                         :                        : 56TH CIRCUIT COURT
                         :                        : CFN: 10020180-FC
                         :                        :
                         :                        : CNT-1 MCL 257.6255-A
                         :                        :   FELONY
                         :                        :   OPERATING WHILE
                         :                        :   INTOXICATED CAUSING
                         :                        :   SERIOUS INJURY

DATE PRINTED:3/3/2025                Page 5
```

```
                        :                    : DISP: PLED GUILTY
                        :                    : SENT/REMARKS:
                        :                    : CONF-15Y TO 40Y
                        :                    :
                        :                    : CNT-2 MCL 257.6254
                        :                    :   FELONY
                        :                    :   OPERATING WHILE
                        :                    :   INTOXICATED CAUSING
                        :                    :   DEATH
                        :                    : DISP: PLED GUILTY
                        :                    : SENT/REMARKS:
                        :                    : CONF-15Y TO 40Y
===========================================================================
CRIMINAL TRACKING NUMBER: 238700273101          INCIDENT DATE: 07/20/1987
NAME USED: SEDORE,SCOTT LEE
===========================================================================
ARREST SEGMENT           : CHARGE SEGMENT       : JUDICIAL SEGMENT
======================== : ==================== : ========================
DATE: 07/20/1987         : MI230013A            : NO DATA RECEIVED
MI2312300                : EATON COUNTY         :
EATON COUNTY SHERIFF     :   PROSECUTING ATTORNEY :
  DEPARTMENT             : 1 CNT MCL 257.904-B  :
OCA: 36049               :   MISDEMEANOR        :
1 CNT OF 5400            :   OPERATING- SUSPENDED :
  TRAFFIC OFFENSE        :   OR REVOKED         :
DISP: CHGD BY PROSECUTOR :   LICENSE-2ND OR     :
                         :   SUBSEQUENT         :
===========================================================================
DISSEMINATION OF CRIMINAL HISTORY RECORD INFORMATION (CHRI) VIA THE INTERNET
CRIMINAL HISTORY ACCESS TOOL IS IN COMPLIANCE WITH MICHIGAN COMPILED LAW
(MCL) 28.242a, WHICH STATES THAT ALL CHRI THAT IS SUPPORTED BY BIOMETRIC DATA
SHALL BE DISSEMINATED IN RESPONSE TO A NAME-BASED SEARCH OF THE CHRI DATABASE,
UNLESS THE CHRI IS NONPUBLIC (AS DEFINED BY MCL 769.16a) OR OTHERWISE
PROHIBITED BY LAW FROM BEING DISSEMINATED.
PURPOSE CODE USED NOT FORWARDED TO NCIC III
END MSG.
</MESSAGEDATA>
```




PROCEDURES FOR CORRECTING A RECORD

THE STEPS FOR CORRECTING A MISTAKEN OR INACCURATE RECORD ARE AS FOLLOWS:

1. WRONG PERSON – RECORDS THAT DO NOT BELONG TO THE INDIVIDUAL WHOSE NAME HAS BEEN SEARCHED

- IF THE INDIVIDUAL BELIEVES THAT THE RECORD DOES NOT BELONG TO HIM OR HER, THE INDIVIDUAL SHOULD GO TO THE NEAREST LAW ENFORCEMENT AGENCY AND REQUEST TO BE FINGERPRINTED ON A STATE APPLICANT FINGERPRINT CARD FOR THE PURPOSES OF "RECORD CHALLENGE"; CALL AHEAD TO VERIFY FEES AND/OR SERVICE HOURS. THERE IS NO CHARGE FOR SUCH FINGERPRINTING IF IT IS DONE AT A MICHIGAN STATE POLICE POST.

- THIS CARD SHOULD BE MAILED TO THE CRIMINAL JUSTICE INFORMATION CENTER WITH A COPY OF THIS RECORD AND A LETTER REQUESTING THE CRIMINAL JUSTICE INFORMATION CENTER TO VERIFY THAT THE ENCLOSED CRIMINAL RECORD DOES NOT BELONG TO HIM/HER. THERE IS NO FEE. THE ADDRESS IS:

    MICHIGAN STATE POLICE -- CJIC
    ATTN: RECORD CHALLENGE
    P.O. BOX 30634
    LANSING, MI 48909

2. RIGHT PERSON – INACCURATE, INCOMPLETE, OR OUT-OF-DATE INFORMATION

- SOMETIMES RECORDS CONTAIN REPORTING ERRORS. FOR EXAMPLE, THE NATURE OR DATE OF THE CONVICTION WAS REPORTED INCORRECTLY, OR THE RECORD CONTAINS A CONVICTION THAT SHOULD HAVE BEEN REMOVED FROM THE RECORD.

- IN SUCH CASES THE INDIVIDUAL SHOULD OBTAIN CERTIFIED COPIES OF THE COURT JUDGEMENT OR OTHER DOCUMENTS WHICH SHOW THAT THE INFORMATION CONTAINED ON THE CRIMINAL RECORD IS INCORRECT. IF THE PROOF PROVIDED IS SATISFACTORY, THE MICHIGAN STATE POLICE WILL MODIFY THE RECORD ACCORDINGLY. YOU MAY SEND THE DOCUMENTS TO:

    MICHIGAN STATE POLICE -- CJIC
    ATTN: CRIMINAL HISTORY RECORD CORRECTION
    P.O. BOX 30634
    LANSING, MI 48909