UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Scott Sedore,

                                         Plaintiff(s),

v.                                                     Case No. 2:22-cv-10060-GAD-KGA
                                                               Hon. Gershwin A. Drain

Sirenna Landfair, et al.,

                                         Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before District Judge Gershwin A. Drain as follows:

- FINAL PRETRIAL CONFERENCE:  March 11, 2025 at 03:00 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys-only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

**ADDITIONAL INFORMATION:**    Counsel please forward the Zoom information to your clients.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                               By: s/Marlena A Williams
                                                                   Case Manager

Dated:  March 7, 2025