UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT SEDORE, #210661,<br><br>   Plaintiff,<br><br>v.<br><br>Landfair, et al.,<br><br>   Defendant. | Case No. 2:22-CV-10060<br><br>Honorable Gershwin A. Drain<br>United States District Judge |

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: G. Robert Cotton Correctional Facility
THE AGENCY OR PERSON

HAVING CUSTODY OF  **SCOTT SEDORE**  **0210661**
            Inmate Name    MDOC I.D.

  The above-named prisoner is a Plaintiff in the above-entitled action. His appearance is necessary in conjunction with trial proceedings scheduled in the court. Now therefore,

  **IT IS ORDERED** that a Writ of *Habeas Corpus Ad Testificandum* be issued forthwith commanding the above-named custodian to produce said prisoner in the Court, United States Courthouse, 231 W. Lafayette, Detroit, Michigan 48226, Courtroom 761, on March 18, 2025 at 9:00 A.M., and for each subsequent day of

trial, before the Honorable Gershwin A. Drain and upon the completion of his appearance such prisoner shall be returned to the custodian named above.

Dated March 10, 2025                    /s/Gershwin A. Drain
                                         GERSHWIN A. DRAIN
                                         U.S. DISTRICT JUDGE

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: G. Robert Cotton Correctional Facility
THE AGENCY OR PERSON

HAVING CUSTODY OF     **SCOTT SEDORE**              **0210661**
                      Inmate Name                   MDOC I.D.

Pursuant to the above Order, you are directed to have and produce the above named prisoner before the United States District Court at the place, date and hour indicated, in order that the prisoner may appear in the above-entitled action; when his appearance is no longer required, he shall be returned to the above-named institution.

By:   /s/Marlena Williams
      Case Manager

I hereby certify that the foregoing is a certified copy of the original on file in this office.
**Clerk, U.S. District Court**
**Eastern District of Michigan**
By: _s/Marlena Williams_
    Deputy

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 10, 2025, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager