UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Scott Sedore,

            Plaintiff(s),

v.                                               Case No. 2:22-cv-10060-GAD-KGA
                                                         Hon. Gershwin A. Drain

Sirenna Landfair, et al.,

            Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Altman pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

**ADDITIONAL INFORMATION:** Remote settlement conference to be conducted on March 17, 2025

                                                        s/Gershwin A. Drain
                                                        Gershwin A. Drain
                                                        United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                        s/Marlena A Williams
                                                      Case Manager

Dated: March 11, 2025