UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,

    Plaintiff,

Case No. 2:22-cv-10060

V.

District Judge Gershwin A. Drain
Magistrate Judge Kimberly G. Altman

SIRENNA LANDFAIR,
ALINDA FLOREK, and VICTORIA
HALLETTS, and MDOC,

    Defendants.

_____/

## NOTICE OF SETTLEMENT CONFERENCE OVER ZOOM

A SETTLEMENT CONFERENCE over Zoom in the above-entitled case has been set for **MONDAY, MARCH 17, 2025 at 10:00 A.M**. **E.S.T.** before U.S. Magistrate Judge Kimberly G. Altman.  CLIENT(S) or CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.

The parties shall submit concise confidential statements, **not to exceed five (5) pages**, (1) summarizing their respective position(s) on the case, (2) stating the strengths and weakness of their case, and (3) stating the history of all settlement

negotiations. Additionally, the parties may attach any exhibits that they believe would be helpful for the Court to review in settling the case.

Each party's confidential statement should be emailed to chambers at [efile_altman@mied.uscourts.gov](mailto:efile_altman@mied.uscourts.gov) **by noon on FRIDAY, MARCH 14, 2025** and **is not to be filed with the Court or placed on the docket**. ==The Zoom information will be sent separately==.

s/KIMBERLY G. ALTMAN<br>
KIMBERLY G. ALTMAN<br>
U.S. MAGISTRATE JUDGE

Dated: March 12, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 12, 2025, by electronic and/or ordinary mail.

s/Dru Jennings<br>
DRU JENNINGS<br>
Case Manager