# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SCOTT SEDORE, #210661,<br><br>      Plaintiff,<br><br>v.<br><br>Landfair, et al.,<br><br>      Defendant. | Case No. 2:22-CV-10060<br><br>Honorable Gershwin A. Drain<br>United States District Judge |

LIGHTHOUSE LITIGATION, PLLC
Joshua S. Goodrich, J.D., LL.M.(P83197)
Attorneys for Plaintiff
5208 W. Saginaw Hwy, 81142
Lansing, MI 48917
(269) 312-7435
jsgoodrich@lighthouse-litigation.com

HACKNEY ODLUM & DARDAS
Thomas G. Hackney (P81283)
Connor A. McLaughlin (P83229)
*Attorneys for Victoria Hallet, DO*
10850 E. Traverse Hwy, Ste 4440
Traverse City, MI 49684
(231) 642-5026
thackney@hodlawyers.com
cmclaughlin@hodlawyers.com

MI DEPT. OF ATTORNEY GENERAL
OG Reasons (P80463)
Attorneys for the MDOC Defendants
PO Box 30217
Lansing, MI 48909
(517) 335-3055
reasonso@michigan.gov

# NOTICE REGARDING PLAINTIFF'S
# INABILITY TO MEET MARCH 13, 2025 DEADLINE

Plaintiff, Scott Sedore, respectfully submits this notice to the Court regarding the deadline set forth in ECF No. 135, the Order Setting Certain Deadlines. Due to the fact that Plaintiff has not received the printed binders back for exhibits and the two USB drives. Plaintiff is also waiting on photos and measurements from Defendant MDOC to add to the exhibits which is due today by noon.

Plaintiff is unable to comply with the March 13, 2025, deadline at 5:00 PM as ordered. Plaintiff anticipates that these materials will be available and will hand-deliver them to the Court and all parties on March 14, 2025.

Plaintiff submits this notice in good faith and respectfully requests that the Court acknowledge this update regarding compliance with ECF No. 135.

Dated: March 13, 2025                            LIGHTHOUSE LITIGATION, PLLC

By:/S/Joshua S. Goodrich
Joshua S. Goodrich, J.D., LL.M.
(P83197)
Attorneys for Plaintiff
5208 W. Saginaw Hwy.
Lansing, MI 48917
(269) 312-7435
jsgoodrich@lighthouse-litigation.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 4, 2025, I filed this instant motion, electronically filed the above and foregoing NOTICE REGARDING PLAINTIFF'S INABILITY TO MEET MARCH 13, 2025 DEADLINE Support with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

By:/s/Joshua S. Goodrich
Joshua S. Goodrich, J.D., LL.M. (P83197)