UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE #210661,

    Plaintiff,

v

SIRENNA LANDFAIR, *et al.*,

    Defendants.

NO. 2:22-cv-10060

HON. GERSHWIN A. DRAIN

MAG. JUDGE KIMBERLY G. ALTMAN

_____

| | |
|---|---|
| Joshua S. Goodrich (P83197) | O.G. Reasons (P80463) |
| Lighthouse Litigation PLLC | Scott M. Nichol (P75209) |
| Attorney for Plaintiff | Assistant Attorneys General |
| 5208 W. Saginaw Hwy. | Michigan Dept. of Attorney General |
| Lansing, MI  48917 | Attorneys for Defs. Florek, Landfair |
| (269) 312-7435 | & MDOC |
| jsgoodrich@lighthouse-litigation.com | Corrections Division |
| | P.O. Box 30217 |
| Connor A. McLaughlin (P83229) | Lansing, MI 48909 |
| Thomas G. Hackney (P81283) | (517) 335-3055 |
| Hackney Odlum & Dardas | reasonso@michigan.gov |
| Attorneys for Def. Hallett | nichols2@michigan.gov |
| 10850 E. Traverse Hwy., Ste. 4440 | |
| Traverse City, MI  49686 | |
| (231) 642-5026 | |
| cmclaughlin@hodlawyers.com | |
| thackney@hodlawyers.com | |

_____/

## MDOC DEFENDANTS' WITNESS SYNOPSIS LIST

    MDOC Defendants provide the following witness synopsis list:

**Plaintiff Sedore** – It is anticipated that Plaintiff Sedore will testify to the claims made in is complaint.  It is anticipated that the MDOC

Defendants' cross-examination of Plaintiff will take approximately 45 minutes.

**Defendant Landfair** – Defendant Landfair's testimony is dependent upon the evidence presented by Plaintiff. However, it is anticipated that Defendant Landfair will testify about her job duties and relevant MDOC policy. She will testify about Plaintiff's medical records and her recollection of the events on June 16, 2021, and the reason a mental health referral was done for Plaintiff. It is anticipated that her direct testimony will take approximately 45 minutes.

**Defendant Florek** – Defendant Florek's testimony is dependent upon the evidence presented by Plaintiff. However, it is anticipated that Defendant Florek will testify about her job duties and relevant MDOC policy. She will testify about Plaintiff's medical records and her recollection of the events on June 16, 2021, and the reason a mental health referral was done for Plaintiff. It is anticipated that her direct testimony will take approximately 45 minutes.

**Brian Stricklin** – RN Stricklin's testimony is dependent upon the evidence presented by Plaintiff. However, it is anticipated that RN Brian Stricklin will testify about his job duties and relevant MDOC

policy. He will testify about Plaintiff's medical records and his recollection of the events on June 16, 2021, and the reason a mental health referral was done for Plaintiff. It is anticipated that his direct testimony will take approximately 30 minutes.

**Shane Rennells** – Captain Rennell's testimony is dependent upon the evidence presented by Plaintiff. However, it is anticipated that Captain Rennells will testify about his job duties and relevant MDOC policy. He will testify about the L-Unit holding cells and the procedures for placing and observing prisoners in those holding cells. It is anticipated that his direct testimony will take approximately 30 minutes.

**Alison Jones** – Dr. Jones' testimony is dependent upon the evidence presented by Plaintiff. However, it is anticipated that Dr. Jones will testify about her job duties and relevant MDOC policy. She will testify about Plaintiff's medical records and mental health issues along with her recollection of the events on June 16, 2021, related to her mental health evaluation of Plaintiff. It is anticipated that her direct testimony will take approximately 30 minutes.

**Kevin Francies** – Kevin Francie's testimony is dependent upon the evidence presented by Plaintiff. However, it is anticipated that Mr.

3

Francies is the Mental Health Services Manager at JCF. He will testify about his job duties, relevant MDOC policy related to mental health referrals, and relevant medical records related to Plaintiff's claims. It is anticipated that his direct testimony will take approximately 30 minutes.

**Mindy Hill** – Mindy Hill's testimony is dependent upon the evidence presented by Plaintiff. However, it is anticipated that Resident Unit Manager (RUM) Hill will testify regarding ADA accommodations at JCF. RUM Hill may also testify regarding the grievance process at JCF. It is anticipated that her direct testimony will take approximately 30 minutes.

**Robin Gilbert** – Robin Gilbert's testimony is dependent upon the evidence presented by Plaintiff. However, it is anticipated that Robin Gilbert will testify regarding MDOC ADA accommodations. It is anticipated that her direct testimony will take approximately 30 minutes.

Respectfully submitted,

*/s/O.G. Reasons*
O.G. Reasons (P80463)
Assistant Attorney General

4

                                  Attorney for Defs. Florek, Landfair,
                                       & MDOC
                                Michigan Dept. of Attorney General
                                Corrections Division
                                P.O. Box 30217
                                Lansing, MI  48909
                                (517) 335-3055
                                reasons@michigan.gov

Dated:  March 13, 2025

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 13, 2025, I electronically filed the above document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel.

                                */s/ O.G. Reasons*
                                O.G. Reasons (P80463)
                                Assistant Attorney General
                                Attorney for Defs. Florek, Landfair,
                                      & MDOC