# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

SCOTT SEDORE, #210661

    Plaintiff,

v.

LANDFAIR, *et al.*

    Defendants,

Case No.: 2:22-cv-10060
District Judge Gershwin A. Drain

---

| LIGHTHOUSE LITIGATION, PLLC | HACKNEY ODLUM & DARDAS |
|---|---|
| Joshua S. Goodrich, J.D., LL.M. (P83197) | Thomas G. Hackney (P81283) |
| Attorneys for Plaintiff | Connor A. McLaughlin (P83229) |
| 5208 W. Saginaw Hwy. | *Attorneys for Victoria Hallet, DO* |
| Lansing, MI 48917 | 10850 E. Traverse Hwy, Ste 4440 |
| (269) 312-7435 | Traverse City, MI 49684 |
| jsgoodrich@lighthouse-litigation.com | (231) 642-5026 |
| | thackney@hodlawyers.com |
| | cmclaughlin@hodlawyers.com |

MI DEPT. OF ATTORNEY GENERAL
OG Reasons (P80463)
*Attorneys for the MDOC Defendants*
PO Box 30217
Lansing, MI 48909
(517) 335-3055
reasonso@michigan.gov

---

## **DEFENDANT VICTORIA HALLET, DO'S EXHIBIT LIST**

A. Medical Record of June 15, 2021 Telephone Encounter with Defendant Hallet;

B. Record of June 16, 2021 Kite Response;

C. Medical Record of June 16, 2021 13:09 Clinical Encounter with Defendant Florek;

D. Medical Record of June 16, 2021 18:34 Clinical Encounter with Defendant Florek;

E. Medical Record of Alison Jones' June 16, 2021 ROBERTA-R referral;

F. Medical Record of May 24, 2021 Psychopharm Progress Note;

G. May 19, 2021 Lab Report;

H. June 23, 2021 Lab Report;

I. Record of June 17, 2021 Kite and Response;

J. Plaintiff's grievance JCF-2106-1026-28I, responses, and appeals;

K. Plaintiff's March 30, 2022 discovery responses;

L. Plaintiff's complete MDOC Grievance records;

M. Plaintiff's compete medical records from July 1, 2019 to April 21, 2022;

N. Plaintiff's complete MDOC institutional records from July 1, 2019 to March 22, 2022;

O. MDOC Policy Directive 03.02.130, eff. 3/18/2019;

Submitted by:

**HACKNEY ODLUM & DARDAS**

Dated: March 13, 2025          By:_____
                               Thomas G. Hackney (P81283)
                               Connor A. McLaughlin (P83229)
                               Attorneys for Victoria Hallet, DO

## <u>CERTIFICATE OF SERVICE (E-FILE)</u>

I hereby certify that on the 13th day of March, 2025, I electronically filed Defendant Victoria Hallet, DO's Exhibit List together with this Certificate of Service with the Clerk of the Court and all counsel of record using the ECF system.

Dated: March 13, 2025          By:_____
                               Thomas G. Hackney (P81283)
                               Hackney Odlum & Dardas
                               Attorneys for Victoria Hallet, DO