# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

SCOTT SEDORE, #210661

    Plaintiff,

Case No.: 2:22-cv-10060
District Judge Gershwin A. Drain

v.

LANDFAIR, *et al.*

    Defendants,

| | |
|---|---|
| LIGHTHOUSE LITIGATION, PLLC<br>Joshua S. Goodrich, J.D., LL.M. (P83197)<br>Attorneys for Plaintiff<br>5208 W. Saginaw Hwy.<br>Lansing, MI 48917<br>(269) 312-7435<br>jsgoodrich@lighthouse-litigation.com | HACKNEY ODLUM & DARDAS<br>Thomas G. Hackney (P81283)<br>Connor A. McLaughlin (P83229)<br>*Attorneys for Victoria Hallet, DO*<br>10850 E. Traverse Hwy, Ste 4440<br>Traverse City, MI 49684<br>(231) 642-5026<br>thackney@hodlawyers.com<br>cmclaughlin@hodlawyers.com |

MI DEPT. OF ATTORNEY GENERAL
OG Reasons (P80463)
*Attorneys for the MDOC Defendants*
PO Box 30217
Lansing, MI 48909
(517) 335-3055
reasonso@michigan.gov

---

## DEFENDANT VICTORIA HALLET, DO'S
## NOTICE REGARDING EXHIBITS

On March 13, 2025, Defendant Victoria Hallet, DO filed her Exhibit List, listing the Exhibits A-O she intends to use at trial beginning March 18, 2025. She also emailed PDF copies of the exhibits to Marlena Williams and Kelly Rimmer of

Judge Drain's chambers and to counsel of record. Defendant Hallet, through counsel, will provide the court with physical copies of her exhibits prior to the start of trial on March 18, 2025.

                                              Submitted by:

                                              **HACKNEY ODLUM & DARDAS**

Dated: March 13, 2025                  By:_____
                                                               Thomas G. Hackney (P81283)
                                                               Connor A. McLaughlin (P83229)
                                                               Attorneys for Victoria Hallet, DO

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on the 13th day of March, 2025, I electronically filed the attached *Notice Regarding Exhibits* together with this Certificate of Service with the Clerk of the Court and all counsel of record using the ECF system.

Dated: March 13, 2025    By:_____
　　　　　　　　　　　　　　Thomas G. Hackney (P81283)
　　　　　　　　　　　　　　Hackney Odlum & Dardas
　　　　　　　　　　　　　　Attorneys for Victoria Hallet, DO