# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SCOTT SEDORE, #210661, | Case No. 2:22-CV-10060 |
| Plaintiff, | Honorable Gershwin A. Drain<br>United States District Judge |
| v. | |
| Landfair, et al., | |
| Defendant. | |

LIGHTHOUSE LITIGATION, PLLC
Joshua S. Goodrich, J.D., LL.M.(P83197)
Attorneys for Plaintiff
5208 W. Saginaw Hwy, 81142
Lansing, MI 48917
(269) 312-7435
jsgoodrich@lighthouse-litigation.com

HACKNEY ODLUM & DARDAS
Thomas G. Hackney (P81283)
Connor A. McLaughlin (P83229)
*Attorneys for Victoria Hallet, DO*
10850 E. Traverse Hwy, Ste 4440
Traverse City, MI 49684
(231) 642-5026
thackney@hodlawyers.com
cmclaughlin@hodlawyers.com

MI DEPT. OF ATTORNEY GENERAL
OG Reasons (P80463)
Attorneys for the MDOC Defendants
PO Box 30217
Lansing, MI 48909
(517) 335-3055
reasonso@michigan.gov

# WITHDRAW OF PLAINTIFF SCOTT SEDORE'S
## FOR LIMITED DISCOVERY
## AND INSPECTION OF PRISON FACILITY

` NOW COMES Plaintiff, by and through his court-appointed counsel, and informs the court he withdraws his motion requesting limited discovery to inspect, measure, and photograph the segregation cage located at G. Robert Cotton Correctional Facility (JCF) segregation cage at issue in this case prior to trial. Defendant M

|  |  |
|---|---|
| Dated: March 14, 2025, | LIGHTHOUSE LITIGATION, PLLC |
|  | By:/s/Joshua S. Goodrich<br>Joshua S. Goodrich, J.D., LL.M. (P83197)<br>Attorneys for Plaintiff<br>5208 W. Saginaw Hwy.<br>Lansing, MI 48917<br>(269) 312-7435<br>jsgoodrich@lighthouse-litigation.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2025, I filed this instant motion, electronically filed the above and foregoing Withdrawal of Plaintiff, Sedore's Motion for Limited Discovery and Inspection of Prison Facility with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

By:/s/Joshua S. Goodrich
Joshua S. Goodrich, J.D., LL.M. (P83197)
Attorneys for Plaintiff
5208 W. Saginaw Hwy.
Lansing, MI 48917
(269) 312-7435
jsgoodrich@lighthouse-litigation.com