# EXHIBIT A

Declaration of Kim Cargor

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SCOTT SEDORE,

Plaintiff,

v

SIRENNA LANDFAIR, *et al.*,

Defendants.

NO. 2:22-cv-10060

HON. GERSHWIN A. DRAIN

_____

## **DECLARATION OF KIM CARGOR**

I, Kim Cargor, say as follows:

1. If sworn as a witness, I can testify with personal knowledge to the facts contained within this declaration.

2. I am employed as the Warden at G. Robert Cotton Correctional Facility (JCF). I was not employed at JCF in any capacity in June 2021.

3. I am currently on FMLA leave for medical reasons.

4. On the evening of Saturday March 15, 2025, I was presented with a subpoena at my residence (attached). The subpoena states that I must appear in in court for the above captioned case on March 19, 2025.

5.    I have several medical appointments the week of March 17-21,

       that I must attend, both for myself and for my husband,

       including on March 19, 2025.

6.    I declare under penalty of perjury that the foregoing is true and

       correct.

DECLARANT SAYS NOTHING FURTHER.

Executed on March 16, 2025 Kim Cargor     _Kim Cargor_   3/16/25

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

|  |  |
|---|---|
| Scott Sedore, #210661 | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   2:22-CV-10060 |
| Sirenna Landfair, et al., | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Warden Kim Cargor

_____
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Theodore Levin U.S. Courthouse | Courtroom No.: 761 |
|---|---|
| 231 W. Lafayette Blvd., Room 751 Detroit, MI 48226 | Date and Time: 03/19/2025 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:




The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   03/14/2025

       **CLERK OF COURT**

                                         OR

_____             _____
  *Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Scott Sedore

Joshua S. Goodrich, J.D., LL.M.     , who issues or requests this subpoena, are:

5208 W Saginaw, Hwy 81142, Lansing, MI 48917, 269-312-7435, jsgoodrich@lighthouse-litigation.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).