UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE #210661,

    Plaintiff,

v

SIRENNA LANDFAIR, *et al.*,

    Defendants.

NO. 2:22-cv-10060

HON. GERSHWIN A. DRAIN

## VERDICT FORM

We the jury answer the following questions submitted to us:

### Part A.   Retaliation Claim against Defendant Sirenna Landfair:

1. Did Plaintiff Scott Sedore prove by a preponderance of the evidence that Defendant Sirenna Landfair retaliated against Plaintiff Sedore for exercising his First Amendment rights?

    ____ YES _X_ NO

*If your answer to this question is "Yes", please answer the next question.*
*If your answer to this question is "No", please go directly to Part B.*

2. Did Defendant Landfair prove, by a preponderance of the evidence, that she would have taken the same actions with respect to Plaintiff even in the absence of protected conduct?

    ____ YES ____ NO

*If your answer to this question is "No", please answer questions 3 and 4.*
*If your answer to this question is "Yes", please go directly to Part B.*

**Compensatory Damages**

3. What is the total amount of damages that plaintiff Sedore has proved with respect to his Retaliation Claim against Defendant Landfair?

    $_____

**Punitive Damages**

4. Do you award punitive damages against Defendant Landfair?

    ____ YES ____ NO          If "YES," how much: $_____

2

## Part B. Retaliation Claim against Defendant Alinda Florek:

1. Did Plaintiff Scott Sedore prove by a preponderance of the evidence that Defendant Alinda Florek retaliated against Plaintiff Sedore for exercising his First Amendment rights?

    \_\_\_ YES  X  NO

*If your answer to this question is "Yes", please answer the next question.*
*If your answer to this question is "No", please go directly to Part C.*

2. Did Defendant Florek prove, by a preponderance of the evidence, that she would have taken the same actions with respect to Plaintiff even in the absence of protected conduct?

    \_\_\_ YES \_\_\_ NO

*If your answer to this question is "No", please answer questions 3 and 4.*
*If your answer to this question is "Yes", please go directly to Part C.*

### Compensatory Damages

3. What is the total amount of damages that plaintiff Sedore has proved with respect to his Retaliation Claim against Defendant Florek?

    $_____

### Punitive Damages

4. Do you award punitive damages against Defendant Florek?

    \_\_\_ YES \_\_\_ NO        If "YES," how much: $_____

## Part C. Americans with Disabilities Act Claim Against Michigan Department of Corrections

1. Did Plaintiff Sedore prove by a preponderance of the evidence that his rights under the ADA were violated by being placed in the observation cell?

3

____ YES _X_ NO

*If your answer to this question is "Yes", please go to the next question on compensatory damages. If your answer to this question is "No", please go directly to Part D.*

### Compensatory Damages

2. What is the total amount of damages that Plaintiff has proved with respect to his Americans with Disabilities Act Claim?

    $_____

## Part D. Rehabilitation Act Claim Against Michigan Department of Corrections

1. Did Plaintiff Sedore prove by a preponderance of the evidence that his rights under the ADA were violated by being placed in the observation cell?

    ____ YES _X_ NO

*If your answer to this question is "Yes", please go to the next question on compensatory damages. If your answer to this question is "No", you are finished and can sign the verdict form.*

### Compensatory Damages

1. What is the total amount of damages that Plaintiff has proved with respect to his Rehabilitation Act Claim?

    $_____

In compliance with the Privacy Policy Adopted by
the Judicial Conference, the verdict form with the
the original signature has been filed under seal.
s/ Jury Foreperson