UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,

    Plaintiff,

v

SIRENNA LANDFAIR, *et al.*,

    Defendants.

NO. 2:22-cv-10060

HON. GERSHWIN A. DRAIN

_____

## JUDGMENT

This action came before the Court for a trial by jury of claims remaining after dispositive motion practice. (*See* ECF No. 123.) Plaintiff Sedore's First Amendment retaliation claims against Defendants Landfair, Florek, and Hallet, and Plaintiff's Americans with Disabilities Act and Rehabilitation Act claims against the Michigan Department of Corrections (MDOC) proceeded to trial by jury. After the close of Plaintiff's evidence, Defendant Hallet's oral motion for judgment as a matter of law was granted and Defendant Hallet was dismissed from the action. (*See* ECF No. 167.) The jury returned its verdict on all remaining claims.

The jury found in favor of Defendant Landfair and against Plaintiff on the First Amendment retaliation claim against Defendant

Landfair.

The jury found in favor of Defendant Florek and against Plaintiff on the First Amendment retaliation claim against Defendant Florek.

The jury found in favor of the MDOC and against Plaintiff on the Americans with Disabilities Act claim.

The jury found in favor of the MDOC and against Plaintiff on the Rehabilitation Act claim.

Consistent with the Court's bench order (ECF No. 167) and the Jury's findings and verdict (ECF No. 170), the Court **ENTERS JUDGMENT** for Defendants Landfair, Florek, Hallet, and the MDOC.

With this Judgment, all claims have been resolved.


Date March 27, 2025            s/Gershwin A. Drain
                                                      HON. GERSHWIN A. DRAIN
                                                      United States District Judge