MIED (Rev. 06/11)  Bill of Costs

# UNITED STATES DISTRICT COURT
## for the
## Eastern  District of Michigan

| | | |
|---|---|---|
| Scott Sedore, #210661 | ) | Case No.  2:22-cv-10060 |
| | ) | |
| v. | ) | Hon. Gershwin A. Drain |
| | ) | |
| Sirenna Landfair, et al., | ) | Magistrate Judge Kimberly G. Altman |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/27/2025__ against __Scott Sedore__ ,
Date
the Clerk is requested to tax the following as costs:

| CATEGORY | ATTORNEY COMMENTS | AMOUNT |
|---|---|---|
| A.  Fees of the Clerk | | |
| B.  Fees for service of summons and subpoena | | |
| C.  Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | See Attachment | $263.20 |
| D.  Fees and disbursements for printing | | |
| E.  Fees for witnesses *(itemize on page two)* | See Page two and Attachment | $434.26 |
| F.  Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | |
| G.  Docket fees under 28 U.S.C. 1923 | $20 trial; $5 discontinuace of civil action | $25.00 |
| H.  Costs as shown on Mandate of Court of Appeals | | |
| I.  Compensation of court-appointed experts | | |
| J.  Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| K.  Other costs *(please itemize)* | | |
| | TOTAL | $722.46 |

***SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.**

## Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐ Electronic service      ☑ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __/s/ OG Reasons__

Name of Attorney: __OG Reasons__

For: __Sirenna Landfair__      Date: __04/17/2025__
*Name of Claiming Party*

AO 133 (Rev. 06/11) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| Kevin Francies, Adrian, MI | 1 | 40.00 | 1 | 26.25 | 143 | 100.10 | $166.35 |
| Robin Gilbert, Lansing, MI | 1 | 40.00 | 1 | 27.54 | 182 | 127.40 | $194.94 |
| Shane Rennells, Jackson, MI (State vehicle) | 1 | 40.00 | | | 157 | 32.97 | $72.97 |
| | | $120.00 | | $53.79 | **TOTAL** | | $434.26 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE #210661,

       Plaintiff,

v

SIRENNA LANDFAIR, *et al.*,

       Defendants.

NO. 2:22-cv-10060

HON. GERSHWIN A. DRAIN

MAG. JUDGE KIMBERLY G.
   ALTMAN

---

Joshua S. Goodrich (P83197)
Lighthouse Litigation PLLC
Attorney for Plaintiff
5208 W. Saginaw Hwy.
Lansing, MI  48917
(269) 312-7435
jsgoodrich@lighthouse-litigation.com

Connor A. McLaughlin (P83229)
Thomas G. Hackney (P81283)
Hackney Odlum & Dardas
Attorneys for Def. Hallett
10850 E. Traverse Hwy., Ste. 4440
Traverse City, MI  49686
(231) 642-5026
cmclaughlin@hodlawyers.com
thackney@hodlawyers.com

O.G. Reasons (P80463)
Assistant Attorney General
Mich. Dept. of Attorney General
Attorney for Defs. Florek,
  Landfair & MDOC
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
reasonso@michigan.gov

/

## ATTACHMENT TO BILL OF COSTS

**Witness Fees**:

Non-party witnesses Kevin Francies, Robin Gilbert, Shane Rennells attended one day of trial and testified on March 20, 2025.

| | | |
|---|---|---|
| Kevin Francies - Attendance | | $40.00 |
| Parking | | $26.25 |
| 143 Miles at $0.70/mile | | $100.10 |
| | Francies Total: | $206.35 |
| | | |
| Robin Gilbert – Attendance | | $40.00 |
| Parking | | $27.54 |
| 182 Miles at $0.70/mile | | $127.40 |
| | Gilbert Total: | $234.94 |
| | | |
| Shane Rennells – Attendance | | $40.00 |
| 157 Miles at $0.21/mile (State vehicle) | | $32.97 |
| | Rennells Total: | $72.97 |

**TOTAL WITNESS FEES**:                 **$434.26**

**Transcript Fees**:
Deposition transcript of Scott Sedore taken on May 24, 2023.  See attached invoice.  Transcript used in support of Defendant's Motion for Summary Judgement (ECF No. 74, Ex. B).                                                 **$263.20**

**Docket Fees**:
Under 28 U.S.C. 1923                                      **$25.00**

**TOTAL FEES:**                 **$722.46**



## Adrian, Michigan 49221 to Adrian, Michigan 49221

Drive 143 miles, 2 hr 40 min



Map data ©2025 , Map data ©2025 Google    5 mi

| 🚗 | **via I-94 E** | **2 hr 40 min** |
|---|---|---|
| | 2 hr 40 min without traffic | 143 miles |

### Explore Adrian

🍴 Restaurants    🛏 Hotels    ⛽ Gas stations    🅿 Parking Lots    ⋯ More

## Cost Summary

| | |
|---|---|
| 2 hours 41 minutes | $25.00 |
| Service fee | $1.25 |

## Payment

 Visa • • •       $26.25

## Parking Details

Vehicle



Drove in
10:35 AM on Mar 20

Drove out
1:15 PM on Mar 20

## Actions

?   Get help          >

 Google Maps

Michigan Department of Corrections, 206 E Michigan Ave, Lansing, MI 48933 to Michigan Department of Corrections, 206 E Michigan Ave, Lansing, MI 48933

Drive 182 miles, 2 hr 50 min



Map data ©2025 , Map data ©2025 Google     5 mi



**via I-96 E**

2 hr 50 min without traffic

**2 hr 50 min**

182 miles

Explore nearby Michigan Department of Corrections

| Restaurants | Hotels | Gas stations | Parking Lots | More |
|---|---|---|---|---|

# Booking #

## 222 W. Lafayette Blvd. Lot

222 W. Lafayette Blvd.

## Parking Details

| | |
|---|---|
| Start | Thu, Mar 20, 10:30 AM |
| End | Fri, Mar 21, 3:00 AM |
| Duration | 16 hr, 30 min |

## Payment Summary

| | |
|---|---|
| Subtotal | $27.54 |
| Standard | $0.00 |

| | |
|---|---|
| **Order Total** | **$27.54** |

| | |
|---|---|
| Payment Method | Credit Card |



Jackson, Michigan to Jackson, Michigan

Drive 157 miles, 2 hr 30 min



Map data ©2025 , Map data ©2025 Google    5 mi

🚗 **via I-94 E**                    **2 hr 30 min**

2 hr 30 min without traffic        157 miles

## Explore Jackson

🍴 Restaurants   🛏 Hotels   ⛽ Gas stations   🅿 Parking Lots   ••• More



2604 Sunnyside Drive
Cadillac, MI 49601

IRS No.: 38-2412043
Incorporated

Phone: 800-632-2720 | Fax: 800-968-8653
www.networkreporting.com | depos@networkreporting.com

SCOTT R. ROTHERMEL
DEPARTMENT OF ATTORNEY GENERAL - CORRECTIONS DIVISION
525 W. OTTAWA STREET,
FLOOR 5
LANSING, MI 48933

## *Invoice #371030*

| Date | Terms |
|------|-------|
| 06/07/2023 | Due Upon Receipt |

| Assignment | Case | Billing Reference | Shipped On | Shipped Via |
|------------|------|-------------------|------------|-------------|
| 05/24/2023 | SCOTT SEDORE #210661 vs. SIRENA LANDFAIR, ET AL | | | None |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Other** | | | |
| Transcript Via E-mail | $ 2.85 | 1.00 | $ 2.85 |
| | | | $ 2.85 |
| **Original Transcript of SCOTT SEDORE #210661** | | | |
| Reporting (2.25 Hours) | $ 41.40 | 1.00 | $ 93.15 |
| Original Transcript (55 Pages) | $ 3.04 | 1.00 | $ 167.20 |
| | | | $ 260.35 |

Amount Due:    $ 263.20
Paid:    $ 0.00

*EMAIL ONLY*
***Thank you for choosing Network Reporting.***
***Local roots.  Global reach!***

| Balance Due: | $ 263.20 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*Okay to pay*
*SRR*

Payment is NOT contingent upon client reimbursement.  Any balance unpaid after 30 days is subject to finance charges of 1.5%.

* Did you know ... you can view & print your invoices via our online repository.
  Visit www.networkreporting.com *

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,

                                              NO. 2:22-cv-10060

        Plaintiff,

v                                    HON. GERSHWIN A. DRAIN

SIRENNA LANDFAIR, *et al.*,

        Defendants.

---

## JUDGMENT

This action came before the Court for a trial by jury of claims remaining after dispositive motion practice. (*See* ECF No. 123.) Plaintiff Sedore's First Amendment retaliation claims against Defendants Landfair, Florek, and Hallet, and Plaintiff's Americans with Disabilities Act and Rehabilitation Act claims against the Michigan Department of Corrections (MDOC) proceeded to trial by jury. After the close of Plaintiff's evidence, Defendant Hallet's oral motion for judgment as a matter of law was granted and Defendant Hallet was dismissed from the action. (*See* ECF No. 167.) The jury returned its verdict on all remaining claims.

The jury found in favor of Defendant Landfair and against Plaintiff on the First Amendment retaliation claim against Defendant

Landfair.

The jury found in favor of Defendant Florek and against Plaintiff on the First Amendment retaliation claim against Defendant Florek.

The jury found in favor of the MDOC and against Plaintiff on the Americans with Disabilities Act claim.

The jury found in favor of the MDOC and against Plaintiff on the Rehabilitation Act claim.

Consistent with the Court's bench order (ECF No. 167) and the Jury's findings and verdict (ECF No. 170), the Court **ENTERS JUDGMENT** for Defendants Landfair, Florek, Hallet, and the MDOC.

With this Judgment, all claims have been resolved.

Date March 27, 2025                     s/Gershwin A. Drain
                                        HON. GERSHWIN A. DRAIN
                                        United States District Judge