**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Scott Sedore,

Civil No: 22-10060

*v.*

Judicial Officer: Gershwin A. Drain

Sirenna Landfair et al

_____/

# TAXED BILL OF COST

On 3/27/2025, a judgment was entered in favor of **the Defendant.**  The prevailing party now requests the clerk to tax the following costs:

| | | Amount Requested | Amount Allowed | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk *(28:1920(1))(28:1923)* | | | |
| B | Service Fees | | | |
| C | Court Reporter Fees | $263.20 | $0.00 | **See Attached. |
| D | Printing Fees | | | |
| E | Witness Fees | $434.26 | $434.26 | |
| F | Exemplification & Copy Fees | | | |
| G | Docket fees (28 U.S.C. 1923) | $25.00 | $25.00 | |
| H | Costs on Mandate of Appeal | | | |
| I | Court-appointed experts | | | |
| J | Interpreters and Services | | | |
| K | Other costs | | | |
| | | $722.46 | $459.26 | |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 4/18/2025

s/N. Ahmed

*Deputy Clerk*

Rev. 11/22/11

**Costs Denied:**

Court Report Fees: $263.20

Court reporter fees are denied as the bill of costs fails to demonstrate with supporting documents how the corresponding deposition transcripts were utilized by the prevailing Defendants. (See Bill of Costs Handbook, Section II(C), page 3.)

# Mailing Information for a Case 2:22-cv-10060-GAD-KGA Sedore v. Landfair et al

## Electronic Mail Notice List

**The following are those who are currently on the list to receive e-mail notices for this case.**

- **Jeffrey Bomber**
  **jbomber@mckeenassociates.com,candrade@chapmanlawgroup.com,mkairis@chapmanlawgroup.com**
- **Joshua Scott Goodrich**
  **jsgoodrich@lighthouse-litigation.com**
- **Thomas G. Hackney**
  **thackney@hodlawyers.com,rkossel@hodlawyers.com,gburnheimer@hodlawyers.com,cmclaughlin@hodlawyers.com**
- **Connor Alexander McLaughlin**
  **cmclaughlin@hodlawyers.com**
- **Scott M. Nichol**
  **nichols2@michigan.gov,toddw1@michigan.gov,robbinss@michigan.gov**
- **O. G. Joseph Paul Reasons**
  **reasonsO@michigan.gov,toddw1@michigan.gov,thomasl21@michigan.gov**