UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Scott Sedore

                              Plaintiff(s),                Case No. 2:22-cv-10060

v.                                                      Gershwin A. Drain

Sirenna Landfair et al                              Kimberly G. Altman

                              Defendant(s).
_____ /

## **NOTICE OF APPEAL**

Notice is hereby given that **Plaintiff Scott Sedore** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on **March 27, 2025**.

Date: April 20, 2025                                                    /s/Joshua S. Goodrich, J.D. LL.M.

Counsel is: PRO BONO

                                                                  Joshua S. Godorich (P83197)
                                                                  Lighthouse Litigation PLLC
                                                                  5208 W. Saginaw Hwy, 81142
                                                                  Lansing, MI 48917
                                                                  Fax 646-356-7044
                                                                  Phone: 269-312-7435
                                                                  jsgoodrich@lighthouse-litigation.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.