UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

SCOTT SEDORE, #210661

v.

Case No: 2:22-CV-10060

Landfair, et al,

MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a

pauper.  This motion is supported by the attached financial affidavit.

The issues which I wish to raise on appeal are:

1. Abuse of Discretion in Allocating Unequal Trial TimeWhether the district
court abused its discretion by granting Defendants twice the amount of trial
time (10 hours) compared to Plaintiff (5 hours), despite Plaintiff bearing
the burden of proof, thereby impairing Plaintiff's ability to fully present
evidence and call essential witnesses in violation of due process principles
established in Mathews v. Eldridge, 424 U.S. 319 (1976).

2. Improper Quashing of Subpoena for Necessary WitnessWhether the district
court erred by quashing a subpoena served four days before trial on a
listed, necessary witness, despite the fact that the witness was identified
in the pretrial order and timely served, resulting in prejudice to Plaintiff
by preventing critical testimony necessary for establishing key elements of
his claims.

Signed: Scott Lee Sedore        Date: 4/7/2025

Address: G, Robert Cotton Correctional facility
3500 North Elm Road
Jackson, michigan - 49201

FORM 4.          AFFIDAVIT ACCOMPANYING MOTION FOR
                 PERMISSION TO APPEAL IN FORMA PAUPERIS

United States Court of Appeals
for the Sixth Circuit

SCOTT SEDORE, #210661
                                                    ]

                                                    ]

v.                                                  ]          Case No: 2:22-CV-10060

Landfair, et al,
                                                    ]

                                                    ]


## Affidavit in Support of Motion

I swear or affirm under penalty of perjury that,
because of my poverty, I cannot prepay the
docket fees of my appeal or post a bond for
them. I believe I am entitled to redress. I swear
or affirm under penalty of perjury under
United States laws that my answers on this
form are true and correct. (28 U.S.C. §§ 1746;
18 U.S.C. §§ 1621.)

Signed: _Scott Sedore_

## Instructions

Complete all questions in this application and
then sign it. Do not leave any blanks: if the
answer to a question is "0," "none," or "not
applicable (N/A)," write that response. If you
need more space to answer a question or to
explain your answer, attach a separate sheet of
paper identified with your name, your case's
docket number, and the question number.

Date: _4/7/2025_

My issues on appeal are:

1. Abuse of Discretion in Allocating Unequal Trial TimeWhether the district
court abused its discretion by granting Defendants twice the amount of trial
time (10 hours) compared to Plaintiff (5 hours), despite Plaintiff bearing the
burden of proof, thereby impairing Plaintiff's ability to fully present
evidence and call essential witnesses in violation of due process principles
established in Mathews v. Eldridge, 424 U.S. 319 (1976).

2. Improper Quashing of Subpoena for Necessary WitnessWhether the district
court erred by quashing a subpoena served four days before trial on a listed,
necessary witness, despite the fact that the witness was identified in the
pretrial order and timely served, resulting in prejudice to Plaintiff by
preventing critical testimony necessary for establishing key elements of his
claims.

1.   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.  Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.  Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | | | | |
| Self-employment | | | | |
| Income from real property (such as rental income) | | | | |
| Interest and dividends | | | | |
| Gifts | | | | |
| Alimony | | | | |
| Child support | | | | |
| Retirement (such as social security, pensions, annuities, insurance) | | | | |
| Disability (such as social security, insurance payments) | | | | |
| Unemployment payments | | | | |
| Public-assistance (such as welfare) | | | | |
| Other (specify): money from family | $150.00 | | $0.00 | |
| Total monthly income: | ~~$ 0.00~~ $150.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.   List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| none – Disabled | | | |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 9,855.02

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| michigan Dept. of correction's ("MDOC") | Prisoner Account | $9855.02 | N/A |
| | | | |
| | | | |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| | | Model: |
| | | Registration #: |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | $9,855.02 - Prisoner trust Account | N/A |
| Model: | | |
| Registration #: | | |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |
| | | |
| | | |

7.  State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

United States Court of Appeals
FORM 4   AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated: December 2018

Page 5

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | _____ | _____ |
| Are real estate taxes included? ☐Yes ☐No<br>Is property insurance included? ☐Yes ☐No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | _____ | _____ |
| Home maintenance (repairs and upkeep) | _____ | _____ |
| Food | _____ | _____ |
| Clothing | _____ | _____ |
| Laundry and dry-cleaning | _____ | _____ |
| Medical and dental expenses | _____ | _____ |
| Transportation (not including motor vehicle expenses) | _____ | _____ |
| Recreation, entertainment, newspapers, magazines, etc. | _____ | _____ |
| Insurance (not deduced from wages or included in mortgage payments)<br>Homeowner's or renter's | _____ | _____ |
| Life | _____ | _____ |
| Health | _____ | _____ |
| Motor vehicle | _____ | _____ |
| Other: | _____ | _____ |
| Taxes (not deducted from wages or included in mortgage payments)<br>specify: | _____ | _____ |
| Installment payments | _____ | _____ |
| Motor Vehicle | _____ | _____ |
| Credit card (name): | _____ | _____ |
| Department store (name): | _____ | _____ |
| Other: | _____ | _____ |
| Alimony, maintenance, and support paid to others | _____ | _____ |
| Regular expenses for operation of business, profession, or farm (attach detail) | _____ | _____ |
| Other (specify): | _____ | _____ |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

9.   Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☑ Yes        ☐ No        If yes, describe on an attached sheet.

10.  Have you spent or will you be spending any money for expenses or attorney fees in connection with this lawsuit?

☐ Yes        ☑ No        If yes, how much? $ 0.00

11.  Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

```
I am scheduled to be paroled on April 22, 2025. While I have a small amount
of money in my prison account, I have no realistic hope of obtaining
employment after my release due to my disability, which severely limits my
ability to work. Upon parole, I will be responsible for paying rent and
property taxes for the residence where I will be living, leaving me with
limited financial resources to support myself
```

12.  State the address of your legal residence.

| currently! <br> G. Robert Cotton Correctional facility <br> 3500 North Elm Road <br> Jackson, Michigan - 49201 | upon my April 22, 2025 Parole! <br> Scott Sedore <br> 13423 N. wheaton Road <br> Grand Ledge, Michigan - 48837 |

Your daytime phone number: (N/A) no phone # at this time

Your age: 57            Your years of schooling: 4 years of college

United States Court of Appeals
FORM 4   AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated:  December 2018

Page 7