## FEDERAL COURT - CIVIL ACTION

| Prisoner-Plaintiff/Petitioner/Appellant name and number | | Defendant's/Respondent's/Appellee's Name |
|---|---|---|
| Scott Sedore<br>210661 | V | Sirena Landfair, et al. |

I am employed by the Michigan Department of Corrections at the facility identified below, at which the prisoner identified as the Plaintiff/Petitioner/Appellant is currently incarcerated.

Attached is a computer printout which accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or, if the prisoner has been incarcerated for less than six months, for the period of incarceration. Code "C" on the printout represents a withdrawal from the account and code "D" represents a deposit to the account. The attached printout reflects, for the reported period, an average monthly account deposit (i.e., total deposits divided by number of months) $150.00 , an average monthly account balance (i.e., total deposits minus total withdrawals divided by number of months $65.05 There is a current spendable account balance o $9,851.98

Date    4/8/2025

Signature of Custodian of Prisoner Institutional/Trust Fund Account

G. Robert Cotton (JCF)
Correctional Facility

CSJ-277 6/97
4835-3277

RECEIVED

APR 08 2025

JCF BUSINESS OFFICE

**In order for us to process your Certificate of Prisoner Account Activity Statement we need the following information per PD 04.02.107**

Inmate Name: Scott Sedore

Inmate Number: 210661

Facility Name: G. Robert Cotton Correctional Facility

Facility Lock: B-1

RECEIVED

APR 08 2025

JCF BUSINESS OFFICE

Court Name: U.S. Court of Appeals for the 6th circuit

Circle One: (State = 12 month / **Federal = 6 month**)

Plaintiff: Scott Sedore #210661
(Inmate name and Number)

Defendant: Sirena Landfair, et al.

RECEIVED

APR 08 2025

JCF BUSINESS OFFICE

**Return to the Facility's Business Office.**

**Daily Transaction Summary: October 08, 2024 - April 08, 2025**

Page 1

### Offender Information

| | | | |
|---|---|---|---|
| Offender Number: 0210661 | Institution: JCF | Living Unit: B | Primary Balance: $9,851.98 |
| Offender Name: SEDORE, SCOTT LEE | Housing Facility: JCF | Cell: 01 | Available Balance: $9,851.98 |
| Account Status: Open | Tier: L | Bed: Bot | |

### Primary Trust Transactions

| Date | Transaction Type | Payer / Paid To | Voucher / Obligation # | Deposit | Expense | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 10/08/2024 | | | | | | $9,461.71 | |
| 10/08/2024 13:38 | Legal Stamps | JCF Institutional Services | | | ($0.97) | $9,460.74 | JCF |
| 10/10/2024 14:35 | Regular Copies Disbursement | JCF PBF Copies | JCF REG CPY 10.10.24 | | ($2.40) | $9,458.34 | JCF |
| 10/10/2024 23:42 | Commissary Sale | Keefe Commissary | C624164 | | ($28.28) | $9,430.06 | JCF |
| 10/15/2024 01:30 | Commissary Sale | Keefe Commissary | C23634416 | | ($125.10) | $9,304.96 | JCF |
| 10/17/2024 13:19 | Regular Copies Disbursement | JCF PBF Copies | JCF REG CPY 10.17.24 | | ($5.60) | $9,299.36 | JCF |
| 10/25/2024 13:36 | Regular Copies Disbursement | JCF PBF Copies | JCF REG CPY 10.25.24 | | ($4.00) | $9,295.36 | JCF |
| 10/28/2024 09:09 | Stamps | JCF Institutional Services | | | ($0.97) | $9,294.39 | JCF |
| 10/31/2024 05:10 | GTL | Micheal Sedore | | $300.00 | | $9,594.39 | COF |
| 10/31/2024 13:31 | Regular Copies Disbursement | JCF PBF Copies | JCF REG CPY 10.31.24 | | ($2.90) | $9,591.49 | JCF |
| 11/01/2024 09:12 | Legal Stamps | JCF Institutional Services | | | ($1.25) | $9,590.24 | JCF |
| 11/11/2024 23:41 | Commissary Sale | Keefe Commissary | C684719 | | ($39.30) | $9,550.94 | JCF |
| 11/15/2024 09:38 | Legal Stamps | JCF Institutional Services | | | ($0.69) | $9,550.25 | JCF |
| 11/21/2024 23:55 | Commissary Sale | Keefe Commissary | C684935 | | ($25.13) | $9,525.12 | JCF |
| 11/30/2024 05:10 | GTL | Micheal Sedore | | $300.00 | | $9,825.12 | COF |
| 12/03/2024 11:16 | Legal Stamps | JCF Institutional Services | | | ($2.59) | $9,822.53 | JCF |
| 12/05/2024 23:45 | Commissary Sale | Keefe Commissary | C705429 | | ($19.51) | $9,803.02 | JCF |
| 12/16/2024 09:30 | Medical Records Copies | Medical Records Copies | JCF MED REC 12.16.24 | | ($6.50) | $9,796.52 | JCF |
| 12/16/2024 10:40 | Legal Stamps | JCF Institutional Services | | | ($9.90) | $9,786.62 | JCF |
| 12/17/2024 12:39 | Legal Stamps | JCF Institutional Services | | | ($2.59) | $9,784.03 | JCF |
| 12/18/2024 08:46 | Medical Records Copies | Medical Records Copies | JCF MED REC 12.18.24 | | ($6.50) | $9,777.53 | JCF |
| 12/19/2024 23:47 | Commissary Sale | Keefe Commissary | C727956 | | ($53.44) | $9,724.09 | JCF |
| 12/26/2024 12:09 | Legal Stamps | JCF Institutional Services | | | ($0.69) | $9,723.40 | JCF |
| 12/31/2024 05:10 | GTL | Micheal Sedore | | $300.00 | | $10,023.40 | COF |
| 01/02/2025 23:44 | Commissary Sale | Keefe Commissary | C746463 | | ($15.60) | $10,007.80 | JCF |
| 01/08/2025 08:36 | Legal Copies Disbursement | JCF PBF Copies | JCF LGL CPY 01.02.25 | | ($0.30) | $10,007.50 | JCF |
| 01/16/2025 23:31 | Commissary Sale | Keefe Commissary | C767023 | | ($3.39) | $10,004.11 | JCF |
| 01/17/2025 08:45 | Legal Copies Disbursement | JCF PBF Copies | JCF LGL CPY 01.09.25 | | ($1.50) | $10,002.61 | JCF |
| 01/22/2025 10:10 | Stamps | JCF Institutional Services | | | ($9.45) | $9,993.16 | JCF |
| 01/24/2025 11:01 | Legal Copies Disbursement | JCF PBF Copies | JCF LGL CPY 01.15.25 | | ($10.40) | $9,982.76 | JCF |
| 01/24/2025 11:03 | Legal Copies Disbursement | JCF PBF Copies | JCF LGL CPY 01.17.25 | | ($1.10) | $9,981.66 | JCF |

**Daily Transaction Summary (0210661 - SCOTT SEDORE cont.): October 08, 2024 - April 08, 2025**

Page 2

### Primary Trust Transactions

| Date | Transaction Type | Payer / Paid To | Voucher / Obligation # | Deposit | Expense | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 01/28/2025 07:39 | Legal Copies Disbursement | JCF PBF Copies | JCF LGL CPY 01.26.25 | | ($3.00) | $9,978.66 | JCF |
| 01/30/2025 23:41 | Commissary Sale | Keefe Commissary | C788404 | | ($25.80) | $9,952.86 | JCF |
| 02/06/2025 08:51 | Stamps | JCF Institutional Services | | | ($0.97) | $9,951.89 | JCF |
| 02/11/2025 12:21 | Legal Copies Disbursement | JCF PBF Copies | JCF LGL CPY 02.05.25 | | ($2.70) | $9,949.19 | JCF |
| 02/13/2025 11:34 | Legal Copies Disbursement | JCF PBF Copies | JCF LGL CPY 02.11.25 | | ($1.20) | $9,947.99 | JCF |
| 02/13/2025 23:50 | Commissary Sale | Keefe Commissary | C807397 | | ($22.48) | $9,925.51 | JCF |
| 02/28/2025 23:51 | Commissary Sale | Keefe Commissary | C829213 | | ($20.77) | $9,904.74 | JCF |
| 03/10/2025 08:58 | Stamps | JCF Institutional Services | | | ($0.97) | $9,903.77 | JCF |
| 03/17/2025 10:35 | Legal Stamps | JCF Institutional Services | | | ($0.69) | $9,903.08 | JCF |
| 03/17/2025 10:39 | Legal Stamps | JCF Institutional Services | | | ($0.69) | $9,902.39 | JCF |
| 03/18/2025 10:21 | Legal Stamps | JCF Institutional Services | | | ($0.69) | $9,901.70 | JCF |
| 03/18/2025 14:03 | Phone Credits | ViaPath Technologies | PCD JCF 03.18.25 | | ($10.00) | $9,891.70 | JCF |
| 03/25/2025 11:26 | Legal Stamps | JCF Institutional Services | | | ($0.69) | $9,891.01 | JCF |
| 03/27/2025 23:07 | Commissary Sale | Keefe Commissary | C873000 | | ($35.99) | $9,855.02 | JCF |
| 04/08/2025 08:47 | Stamps | JCF Institutional Services | | | ($0.97) | $9,854.05 | JCF |
| 04/08/2025 10:27 | Legal Stamps | JCF Institutional Services | | | ($0.69) | $9,853.36 | JCF |
| 04/08/2025 10:28 | Legal Stamps | JCF Institutional Services | | | ($0.69) | $9,852.67 | JCF |
| 04/08/2025 10:29 | Legal Stamps | JCF Institutional Services | | | ($0.69) | $9,851.98 | JCF |
| 04/08/2025 | | | | $900.00 | ($509.73) | $9,851.98 | |

### Savings

| Date | | | | Deposit | Expense | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 10/08/2024 | | | | | | $0.00 | |
| No Activity | | | | | | | |
| 04/08/2025 | | | | $0.00 | $0.00 | $0.00 | |

### Holds - Current as of Date and Time of Report

| Date Held | Hold Type | Notes | Amount |
|---|---|---|---|
| No Activity | | | |

### Remaining Obligations - Current as of Date and Time of Report

| Description | Paid To | Max Per Period | Ordered | Transfer | Outside Source | Held | Paid | Written Off | Total Remaining |
|---|---|---|---|---|---|---|---|---|---|
| No Remaining Obligations | | | | | | | | | |

Total: $0.00