UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Scott Sedore,

            Plaintiff(s),

v.                                          Case No. 2:22−cv−10060−GAD−KGA
                                            Hon. Gershwin A. Drain

Sirenna Landfair, et al.,

           Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on April 21, 2025.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/ L Hamka
                                              Deputy Clerk

Dated:   April 21, 2025