# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SCOTT SEDORE, #210661, <br><br> Plaintiff, <br><br> v. <br><br> Landfair, et al., <br><br> Defendant. | Case No. 2:22-CV-10060 <br><br> Honorable Gershwin A. Drain <br> United States District Judge |

| | |
|---|---|
| LIGHTHOUSE LITIGATION, PLLC <br> Joshua S. Goodrich, J.D., LL.M.(P83197) <br> Attorneys for Plaintiff <br> 5208 W. Saginaw Hwy, 81142 <br> Lansing, MI 48917 <br> (269) 312-7435 <br> jsgoodrich@lighthouse-litigation.com | HACKNEY ODLUM & DARDAS <br> Thomas G. Hackney (P81283) <br> Connor A. McLaughlin (P83229) <br> *Attorneys for Victoria Hallet, DO* <br> 10850 E. Traverse Hwy, Ste 4440 <br> Traverse City, MI 49684 <br> (231) 642-5026 <br> thackney@hodlawyers.com <br> cmclaughlin@hodlawyers.com <br><br> MI DEPT. OF ATTORNEY GENERAL <br> OG Reasons (P80463) <br> Attorneys for the MDOC Defendants <br> PO Box 30217 <br> Lansing, MI 48909 <br> (517) 335-3055 <br> reasonso@michigan.gov |

1

## PLAINTIFF'S MOTION TO WAIVE FILING FEE
## FOR APPEAL TO THE SIXTH CIRCUIT

NOW COMES Plaintiff, SCOTT SEDORE, by and through counsel, and hereby moves this Honorable Court to waive the filing fee for appeal ($605) based on Plaintiff being indigent. Plaintiff is set to be released from Michigan Department of Corrections on April 22, 2025.

Plaintiff is disabled and has no prospect of employment at this time. Plaintiff has no assets, and Plaintiff has a limited amount of cash on hand in his prison trust account, which will be his sole means of living expenses at this time. Due to Plaintiff's indigency status, he is enrolling in government disability, food stamps, and Medicaid. An Application was filed as ECF 176, but lacked a motion filed with it.

Counsel was appointed as pro bono counsel by this court, ECF 124, and is staying as pro bono counsel for the appeal.

Respectfully Submitted,

Dated: April 21, 2025,

By:/s/Joshua S. Goodrich
Joshua S. Goodrich, J.D., LL.M. (P83197)
LIGHTHOUSE LITIGATION, PLLC
Attorneys for Plaintiff
5208 W. Saginaw Hwy.
Lansing, MI 48917
(269) 312-7435
jsgoodrich@lighthouse-litigation.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2025, I filed this instant motion, electronically filed the above and foregoing PLAINTIFF'S MOTION TO WAIVE FILING FEE FOR APPEAL TO THE SIXTH CIRCUIT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

By:/s/Joshua S. Goodrich
Joshua S. Goodrich, J.D., LL.M. (P83197)
Attorneys for Plaintiff
5208 W. Saginaw Hwy.
Lansing, MI 48917
(269) 312-7435
jsgoodrich@lighthouse-litigation.com